AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Larry Allen Clay, Jr.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br>2:21-mj-00069 |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2020__ in the county of __Fayette__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1) | Sex Trafficking of a Minor |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_SA Brian Morris_
*Complainant's signature*

HSI SA Brian Morris
*Printed name and title*

Signed and sworn to by telephonic means.
~~Sworn to before me and signed in my presence.~~

Date: March 24, 2021

City and state: Charleston, West Virginia

_Dwane L. Tinsley_
*Judge's signature*

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*