# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  
**Caption:** USA v. Larry Allen Clay, Jr.  
**Case No.:** 2:21-mj-00069  **Type:** Initial Appearance on Complaint  
**Judge:** Judge Tinsley

**Started:** 3/26/2021 2:11:06 PM  
**Ends:** 3/26/2021 2:24:48 PM   **Length:** 00:13:43

Judge Dwane L. Tinsley  
Courtroom Deputy: Kim Begovich  
Defendant: Larry Allen Clay, Jr.  
Assistant U.S. Attorney: Jeremy Wolfe  
Federal Public Defender: Wesley P. Page  
Court Reporter: CourtSmart

**INITIAL APPEARANCE**

| Time | Event |
|---|---|
| 2:12:12 PM | Judge Dwane L. Tinsley |
| 2:12:16 PM | Case called, noted appearances of counsel, and defendant present in courtroom |
| 2:12:44 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:13:30 PM | Defendant: Larry Allen Clay, Jr. |
| 2:13:31 PM | Stated personal information |
| 2:13:47 PM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 2:13:54 PM | Ordered the appointment of the Office of the FPD |
| 2:14:24 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 2:14:43 PM | Stated violation(s) in charging document and possible penalties |
| 2:15:15 PM | You have the right to a preliminary hearing. |
| 2:15:22 PM | Defendant shall next appear for a preliminary hearing on Wednesday, March 31, 2021 at 2:30 p.m. |
| 2:15:40 PM | United States has filed a Motion for Detention Hearing |
| 2:15:54 PM | Detention will be heard at that same time. |
| 2:16:09 PM | Federal Public Defender: Wesley P. Page |
| 2:16:12 PM | Objects to three day continuance. |
| 2:18:35 PM | Assistant U.S. Attorney: Jeremy Wolfe |
| 2:18:38 PM | Requests three day continuance for detention. |
| 2:19:51 PM | Judge Dwane L. Tinsley |
| 2:20:22 PM | Motion for Detention Hearing is granted and will be held in three days |
| 2:23:34 PM | Due Process Protections Act of 2020 |
| 2:24:11 PM | Ordered the defendant detained and remanded to USMS custody pending the next hearing |
| 2:24:27 PM | Anything else counsel wishes to address? |
| 2:24:31 PM | Hearing Adjourned |