# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:21-mj-00069  **Type:** Preliminary and Detention Hearing
**Caption:** USA v. Larry Allen Clay, Jr.  **Judge:** Judge Tinsley

**Started:** 3/31/2021 2:40:59 PM
**Ends:** 3/31/2021 3:18:10 PM  **Length:** 00:37:12

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: Larry Allen Clay, Jr.
Assistant U.S. Attorney: Jennifer R. Herrald
Federal Public Defender: Wesley P. Page
Probation Officer: Heather Edwards
Court Reporter: CourtSmart

**PRELIMINARY AND DETENTION HEARING**

| Time | Event |
|---|---|
| 2:43:08 PM | Judge Dwane L. Tinsley |
| 2:43:13 PM | Called cased, noted appearances of counsel, defendant present in courtroom |
| 2:43:42 PM | We are here today for a preliminary hearing and detention hearing |
| 2:43:56 PM | First is the preliminary hearing. Does the defendant wish to waive the hearing or are we taking evidence? |
| 2:44:04 PM | The defendant wishes to waive the preliminary hearing and has signed the written waiver. |
| 2:44:10 PM | The waiver has been signed by the defendant and witnessed by counsel and will be filed with the Clerk. |
| 2:44:43 PM | Based on the waiver, probable cause is found and the defendant shall appear for further proceedings in this court. |
| 2:45:23 PM | Court moves to detention hearing |
| 2:45:33 PM | Court and parties review and discuss Pretrial Services Report |
| 2:45:47 PM | Federal Public Defender: Wesley P. Page |
| 2:45:49 PM | Corrections/Additions to PTS Report |
| 2:47:20 PM | Federal Public Defender: Wesley P. Page |
| 2:47:23 PM | Defendant contests detention |
| 2:48:44 PM | Calls Witness: Catherine Prather Stewart |
| 2:48:51 PM | Witness placed under oath by Courtroom Deputy |
| 2:48:52 PM | Direct examination of witness |
| 2:54:27 PM | Assistant U.S. Attorney: Jennifer R. Herrald |
| 2:54:30 PM | Cross examination of witness |
| 2:59:10 PM | Federal Public Defender: Wesley P. Page |
| 2:59:15 PM | Redirect examination of witness |
| 3:00:06 PM | Judge Dwane L. Tinsley |
| 3:00:27 PM | Assistant U.S. Attorney: Jennifer R. Herrald |
| 3:00:30 PM | Proffer of counsel as to bond/detention |
| 3:06:01 PM | Federal Public Defender: Wesley P. Page |
| 3:06:02 PM | Proffer of counsel as to bond/detention |
| 3:11:04 PM | Judge Dwane L. Tinsley |
| 3:11:22 PM | Court lists factors under 3142(g) |
| 3:14:50 PM | Finds by clear and convincing evidence that the defendant is a danger to the community |
| 3:15:37 PM | Finds that the defendant is not a risk of nonappearance |
| 3:17:29 PM | Therefore, no condition or combination of conditions exist for the defendant's release |
| 3:17:35 PM | Ordered the defendant detained and remanded to the custody of the US Marshals Service |
| 3:17:46 PM | Anything else counsel wishes to address? |
| 3:17:53 PM | Hearing Adjourned |