# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston    **Case No.:** 2:21-cr-00062    **Type:** Initial Appearance/Arraignment
**Caption:** USA v. Larry Allen Clay, Jr.    **Judge:** Judge Tinsley

**Started:**  5/4/2021 10:59:18 AM
**Ends:**      5/4/2021 11:06:46 AM      **Length: 00:07:29**

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: Larry Allen Clay, Jr.
Assistant U.S. Attorney: Kathleen Robeson
Federal Public Defender: Wesley P. Page
Probation Officer: Kachine Jonese
Court Reporter: CourtSmart

**INITIAL APPEARANCE AND ARRAIGNMENT**

| Time | Event |
|---|---|
| 11:01:04 AM | Judge Dwane L. Tinsley |
| 11:01:12 AM | Called cased, noted appearances of counsel, defendant present in courtroom |
| 11:01:50 AM | Defendant placed under oath by Courtroom Deputy |
| 11:01:57 AM | Stated rights of defendant and defendant acknowledged these rights |
| 11:02:03 AM | Defendant: Larry Allen Clay, Jr. |
| 11:02:05 AM | Stated personal information |
| 11:02:23 AM | Judge Dwane L. Tinsley |
| 11:02:31 AM | Previously reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 11:02:48 AM | Ordered the appointment of the Office of the FPD |
| 11:02:51 AM | Stated additional rights of defendant and defendant acknowledged these rights |
| 11:03:07 AM | Questions defendant about indictment related matters |
| 11:03:21 AM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 11:03:25 AM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 11:03:54 AM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 11:04:32 AM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 11:04:54 AM | Make sure chambers receives a copy of all motions filed with the clerk |
| 11:05:05 AM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 11:05:19 AM | Court and parties review and discuss Pretrial Services Report |
| 11:05:32 AM | No additions or corrections to Pretrial Services Report at this time |
| 11:05:43 AM | Due Process Protections Act of 2020 |
| 11:06:18 AM | The defendant was previously ordered detained and is hereby ordered remanded to the custody of the US Marshal |
| 11:06:24 AM | Anything else counsel wishes to address? |
| 11:06:29 AM | Hearing adjourned |