IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.                            Case Number: 2:21-cr-00062-1

LARRY ALLEN CLAY, JR.

### DUE PROCESS PROTECTIONS ACT ORDER
### TO ALL COUNSEL REGARDING *BRADY* OBLIGATIONS

Pursuant to the Due Process Protections Act of 2020, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny and **ORDERS** it to do so. Failing to do so in a timely manner may result in consequences, including but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**ENTER:** May 4, 2021

Dwane L. Tinsley
United States Magistrate Judge