```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                        CRIMINAL NO. 2:21-cr-00062

**LARRY ALLEN CLAY, JR.**

<u>UNITED STATES NOTICE OF CERTIFICATION</u>
<u>FOR USE OF COURTROOM TECHNOLOGY</u>

Comes now the United States of America by Assistant United States Attorney Jennifer Rada Herrald, and hereby certifies, pursuant to Local Rule of Criminal Procedure 12.1(e), that it has conferred with the court's technology staff of its intention to use courtroom technology at the Trial to be held in this case on April 25, 2023.

          Respectfully submitted,

          WILLIAM S. THOMPSON
          United States Attorney


          <u>/s/Jennifer Rada Herrald</u>
          JENNIFER RADA HERRALD
          Assistant United States Attorney
          WV Bar No. 12181
          300 Virginia Street, East
          Room 4000
          Charleston, WV 25301
          Telephone:  304-345-2200
          Fax:  304-347-5104
          Email: Jennifer.herrald@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "UNITED STATES NOTICE OF CERTIFICATION FOR USE OF COURTROOM TECHNOLOGY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 18th day of April, 2023, to:

```
Sebastian M. Joy, Esq.
2701 Louisa Street
P.O. Box 411
Catlettsburg, KY 41129
```

```
/s/Jennifer Rada Herrald
JENNIFER RADA HERRALD
Assistant United States Attorney
WV Bar No. 12181
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax:  304-347-5104
Email: Jennifer.herrald@usdoj.gov
```