UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST
VIRGINIA CHARLESTON

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 2:21-cr-00062

LARRY ALLEN CLAY, JR.

### VERDICT

We, the Jury, return our unanimous verdict as follows:

1. As to the charge of Conspiracy to Engage in Sex Trafficking of a Minor and Via Coercion in violation of 18 U.S.C. §§ 1591(a) and 1594(c) contained in the Count One of the Fifth Superseding Indictment, we find defendant **Larry Allen Clay, Jr.**:

   **X** GUILTY

   ____ NOT GUILTY

If **guilty**, we find the offense involved (check all that apply):

   **X** A MINOR VICTIM

   **X** COERCION

2. As to the charge of Sex Trafficking of a Minor and Via Coercion in violation of 18 U.S.C. § 1591(a) contained in the Count Two of the Fifth Superseding Indictment, we find defendant **Larry Allen Clay, Jr.**:

   **X** GUILTY

   ____ NOT GUILTY

If **guilty**, we find the offense involved (check all that apply):

 A MINOR VICTIM

COERCION

3. As to the charge of Obstruction of Justice in violation of 18 U.S.C. § 1512(b)(3) contained in Count Three of the Fifth Superseding Indictment, we find defendant **Larry Allen Clay, Jr.**:

 GUILTY

_____ NOT GUILTY

4. As to the charge of Obstruction of Justice in violation of 18 U.S.C. § 1591(d) contained in Count Four of the Fifth Superseding Indictment, we find defendant **Larry Allen Clay, Jr.**:

 GUILTY

_____ NOT GUILTY

4/28/23
Date

_____
Foreperson