05/31/20 TO 6/6/20

**Week Ending:** 26.5

**No.** /

**Name:** CLAY LARRY

| Day | AM/PM | IN | OUT |
|---|---|---|---|
| MON. 6/1/20 | AM | OFF VAC | |
| | PM | | |
| TUE. 6/2/20 | AM | OFF VAC | |
| | PM | | |
| WED. 6/3/20 | AM | OFF VAC | |
| | PM | | |
| THU. 6/4/20 | AM | 1800 | |
| | PM | 9.5 | 0230 |
| FRI. 6/5/20 | AM | 1600 | |
| | PM | 9.0 | 0100 |
| SAT. 6/6/20 | AM | 1600 | 9.0 |
| | PM | | 0100 |
| SUN. 5/31/20 | AM | OFF VAC | |
| | PM | | |

SIGNATURE

9791 adams

**GOVERNMENT EXHIBIT**
CASE NO. 2:21-cr-00062-1 U.S. v. CLAY
EXHIBIT NO. 3

06/07/20 to 06/13/20

Week Ending: 55

Name: CLAY LARRY

| Day | Date | AM IN | AM OUT | PM IN | PM OUT |
|---|---|---|---|---|---|
| MON. | 6/8/20 Holiday | | | | OFF |
| TUE. | 6/9/20 | 0800 | | 11 | 1900 |
| WED. | 6/10/20 | 1600 | | 9 | 0100 |
| THU. | 6/11/20 | 1600 | | 9 | 0100 |
| FRI. | 6/12/20 | 1600 | 9 | | 0100 |
| SAT. | 6/13/20 | 1900 | 5.0 | | 2400 |
| SUN. | 6/7/20 | 1200 | | 12.0 | 2400 |

SIGNATURE _____

9791 adams

06/14/20 TO 06/20/20 ~ 83 Hors

No. _____  Week Ending ____ VLU

Name: Clay Larry

| Day | Date | AM/PM | IN/OUT | Time | Value |
|---|---|---|---|---|---|
| MON. | 6/15/20 | AM | IN | | OFF |
| | | AM | OUT | | |
| | | PM | IN | | |
| | | PM | OUT | | |
| TUE. | 6/16/20 | AM | IN | | OFF |
| | | AM | OUT | | |
| | | PM | IN | | |
| | | PM | OUT | | |
| WED. | 6/17/20 | AM | IN | | 1600 |
| | | AM | OUT | | |
| | | PM | IN | 8.0 | |
| | | PM | OUT | | 2400 |
| THU. | 6/18/20 | AM | IN | | 1600 |
| | | AM | OUT | | |
| | | PM | IN | 12.0 | |
| | | PM | OUT | | 0400 |
| FRI. | 6/19/20 | AM | IN | | 1200 |
| | | AM | OUT | | |
| | | PM | IN | 12.0 | |
| | | PM | OUT | | 2400 |
| SAT. | 6/20/20 | AM | IN | | 1600 |
| | | AM | OUT | | |
| | | PM | IN | 8.0 | |
| | | PM | OUT | | 2400 |
| SUN. | 6/14/20 | AM | IN | | 1100 |
| | | AM | OUT | 13.0 | |
| | | PM | IN | | |
| | | PM | OUT | | 2400 |

SIGNATURE _____

9791  a adams