# Naylor-Legg Cell Phone Web History – June 5-6, 2020

| Website Title | URL |
|---|---|
| Do you get back pay on unemployment – Google Search | https://www.google.com/search |
| The biggest mistakes people make when filing for unemployment – Google Search | https://www.google.com/search |
| Unemployment available credits – Google Search | https://www.google.com/search |
| Unemployment – Google Search | https://www.google.com/search |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 2:21-cr-00062-1 U.S. v. CLAY
EXHIBIT NO. 5