


**Extraction Report** - Apple iPhone

## Participants


+15403352511
Kristen Naylor* (owner)


+13046408544
My Man My Heart My World*

## Conversation - Instant Messages (35)

> +15403352511 Kristen Naylor
> I'm not doing this unemployment deal. The shit is to fucking confusing and it won't even let me put my job in
> Status: Sent
> Delivered: 6/5/2020 5:59:50 PM(UTC+0)
> 6/5/2020 5:59:48 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x3F0ACA (Table: message, chat, Size: 8216576 bytes)

> +13046408544 My Man My Heart My World
> I'm here now love
> Status: Read
> Read: 6/5/2020 9:24:34 PM(UTC+0)
> 6/5/2020 9:24:29 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x3F07E5 (Table: message, handle, chat, Size: 8216576 bytes)

> +15403352511 Kristen Naylor
> I'm glad ur safe. I love you
> Status: Sent
> Delivered: 6/5/2020 9:24:45 PM(UTC+0)
> 6/5/2020 9:24:44 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x3F05BD (Table: message, chat, Size: 8216576 bytes)

> +13046408544 My Man My Heart My World
> Bad part is I got to peeeeeeeeeeeeeeeeeee really bad and no one has come up to get these damn guns lol
> Status: Read
> Read: 6/5/2020 9:25:02 PM(UTC+0)
> 6/5/2020 9:24:58 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x3F037F (Table: message, handle, chat, Size: 8216576 bytes)



GOVERNMENT EXHIBIT
CASE NO. 2:21-cr-00062-1 U.S. v. CLAY
EXHIBIT NO. 6A

**+13046408544 My Man My Heart My World**
I love you also
Status: Read
Read: 6/5/2020 9:25:10 PM(UTC+0)
6/5/2020 9:25:10 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F1F8D (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
I sorry baby. Jus do a little pee dance lol
Status: Sent
Delivered: 6/5/2020 9:25:24 PM(UTC+0)
6/5/2020 9:25:23 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F1D6D (Table: message, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
I peeeeeed finally made them watch the guns while i peeeeeedddddd
Status: Read
Read: 6/5/2020 9:32:22 PM(UTC+0)
6/5/2020 9:32:17 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F1B15 (Table: message, handle, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
My eyeballs were floating
Status: Read
Read: 6/5/2020 9:32:31 PM(UTC+0)
6/5/2020 9:32:31 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F188E (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
You poor thing lol
Status: Sent
Delivered: 6/5/2020 9:32:33 PM(UTC+0)
6/5/2020 9:32:32 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F165A (Table: message, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
I'm better now
Status: Read
Read: 6/5/2020 9:32:59 PM(UTC+0)
6/5/2020 9:32:39 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F1434 (Table: message, handle, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
As well as can be
Status: Read
Read: 6/5/2020 9:32:59 PM(UTC+0)
6/5/2020 9:32:50 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F1212 (Table: message, handle, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
I miss you
Status: Read
Read: 6/5/2020 9:32:59 PM(UTC+0)
6/5/2020 9:32:55 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F2F8D (Table: message, handle, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
I love you also
Status: Read
Read: 6/5/2020 9:33:04 PM(UTC+0)
6/5/2020 9:33:04 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F2D77 (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
I miss you to baby
Status: Sent
Delivered: 6/5/2020 9:33:05 PM(UTC+0)
6/5/2020 9:33:04 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F2B57 (Table: message, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
I love you too
Status: Sent
Delivered: 6/5/2020 9:33:10 PM(UTC+0)
6/5/2020 9:33:10 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F2931 (Table: message, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
I think I'll be here for a minute longer then normal
Status: Read
Read: 6/5/2020 9:33:24 PM(UTC+0)
6/5/2020 9:33:24 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F2713 (Table: message, handle, chat, Size: 8216576 bytes)

3

**+15403352511 Kristen Naylor**
Why's that
Status: Sent
Delivered: 6/5/2020 9:33:32 PM(UTC+0)
6/5/2020 9:33:31 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F24A5 (Table: message, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
I'll keep you updated
Status: Read
Read: 6/5/2020 9:33:48 PM(UTC+0)
6/5/2020 9:33:42 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F228B (Table: message, handle, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
They are busy
Status: Read
Read: 6/5/2020 9:33:48 PM(UTC+0)
6/5/2020 9:33:47 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F3F8D (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
Okay baby. Hopefully it won't be that long
Status: Sent
Delivered: 6/5/2020 9:34:03 PM(UTC+0)
6/5/2020 9:34:01 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F3D71 (Table: message, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
Got fucked
Status: Read
Read: 6/5/2020 10:00:50 PM(UTC+0)
6/5/2020 9:57:01 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F3B17 (Table: message, handle, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
240 is all I got
Status: Read
Read: 6/5/2020 10:00:50 PM(UTC+0)
6/5/2020 9:57:26 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F3901 (Table: message, handle, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
But it's more then we had the
Status: Read
Read: 6/5/2020 10:00:50 PM(UTC+0)
6/5/2020 9:58:09 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F36DF (Table: message, handle, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
So I agreed
Status: Read
Read: 6/5/2020 10:00:50 PM(UTC+0)
6/5/2020 9:58:15 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F349F (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
Yea that is fucked
Status: Sent
Delivered: 6/5/2020 10:01:00 PM(UTC+0)
6/5/2020 10:00:58 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F3287 (Table: message, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
The other is something that I'm not sure of porn lol
Status: Read
Read: 6/5/2020 10:01:05 PM(UTC+0)
6/5/2020 10:01:05 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F4F8D (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
I wouldn't of said yea
Status: Sent
Delivered: 6/5/2020 10:01:18 PM(UTC+0)
6/5/2020 10:01:12 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F4D21 (Table: message, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
But it's still money for food
Status: Read
Read: 6/5/2020 10:01:19 PM(UTC+0)
6/5/2020 10:01:18 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F4AF1 (Table: message, handle, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> Lmao it was a joke
> Status: Sent
> Delivered: 6/5/2020 10:01:26 PM(UTC+0)
> 6/5/2020 10:01:24 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F48B1 (Table: message, chat, Size: 8216576 bytes)

> **+13046408544 My Man My Heart My World**
> My kids are more important to me then the gun
> Status: Read
> Read: 6/5/2020 10:01:43 PM(UTC+0)
> 6/5/2020 10:01:43 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F468B (Table: message, handle, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> Yea but bills and things. The kids party? It's fine
> Status: Sent
> Delivered: 6/5/2020 10:01:48 PM(UTC+0)
> 6/5/2020 10:01:46 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F442F (Table: message, chat, Size: 8216576 bytes)

> **+13046408544 My Man My Heart My World**
> I want the to eat
> Status: Read
> Read: 6/5/2020 10:02:43 PM(UTC+0)
> 6/5/2020 10:01:53 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F5F8D (Table: message, handle, chat, Size: 8216576 bytes)

> **+13046408544 My Man My Heart My World**
> Them
> Status: Read
> Read: 6/5/2020 10:02:43 PM(UTC+0)
> 6/5/2020 10:02:05 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F5D69 (Table: message, handle, chat, Size: 8216576 bytes)

> **+13046408544 My Man My Heart My World**
> And if all else I can sell one or two more
> Status: Read
> Read: 6/5/2020 10:02:43 PM(UTC+0)
> 6/5/2020 10:02:31 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x3F5B61 (Table: message, handle, chat, Size: 8216576 bytes)

6