

**Extraction Report** - Apple iPhone



## Participants


+15403352511
Kristen Naylor* (owner)


+13046408544
My Man My Heart My World*

## Conversation - Instant Messages (34)

> +15403352511 Kristen Naylor
> These kids are hungry but we have nothing
> Status: Sent
> Delivered: 6/12/2020 3:02:19 PM(UTC+0)
> 6/12/2020 3:02:18 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x40B2B2 (Table: message, chat, Size: 8216576 bytes)

> +13046408544 My Man My Heart My World
> However you just kept snoring
> Status: Read
> Read: 6/12/2020 3:02:25 PM(UTC+0)
> 6/12/2020 3:02:25 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x40CF8D (Table: message, handle, chat, Size: 8216576 bytes)

> +13046408544 My Man My Heart My World
> I sent you the acct info so you know what's In the acct
> Status: Read
> Read: 6/12/2020 3:03:07 PM(UTC+0)
> 6/12/2020 3:03:06 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x40CD51 (Table: message, handle, chat, Size: 8216576 bytes)

> +13046408544 My Man My Heart My World
> You have like 90 in the acct
> Status: Read
> Read: 6/12/2020 3:03:39 PM(UTC+0)
> 6/12/2020 3:03:38 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x40CADC (Table: message, handle, chat, Size: 8216576 bytes)



GOVERNMENT EXHIBIT
CASE NO. 2:21-cr-00062-1 U.S. v. CLAY
EXHIBIT NO. 6B

1

> +15403352511 Kristen Naylor
> That's money for us not jus me
> Status: Sent
> Delivered: 6/12/2020 3:03:50 PM(UTC+0)
> 6/12/2020 3:03:50 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40C8A2 (Table: message, chat, Size: 8216576 bytes)

> +13046408544 My Man My Heart My World
> So you can buy some cereal and milk
> Status: Read
> Read: 6/12/2020 3:04:07 PM(UTC+0)
> 6/12/2020 3:04:06 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40C662 (Table: message, handle, chat, Size: 8216576 bytes)

> +15403352511 Kristen Naylor
> I'll have to wait till you get home
> Status: Sent
> Delivered: 6/12/2020 3:04:36 PM(UTC+0)
> 6/12/2020 3:04:35 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40C41A (Table: message, chat, Size: 8216576 bytes)

> +13046408544 My Man My Heart My World
> I know that but I wanted you to know what was in there
> Status: Read
> Read: 6/12/2020 3:04:36 PM(UTC+0)
> 6/12/2020 3:04:36 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40DF8D (Table: message, handle, chat, Size: 8216576 bytes)

> +13046408544 My Man My Heart My World
> Do I have the wallet
> Status: Read
> Read: 6/12/2020 3:04:50 PM(UTC+0)
> 6/12/2020 3:04:49 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40DD1F (Table: message, handle, chat, Size: 8216576 bytes)

> +13046408544 My Man My Heart My World
> And card ????
> Status: Read
> Read: 6/12/2020 3:05:03 PM(UTC+0)
> 6/12/2020 3:05:02 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40DAF5 (Table: message, handle, chat, Size: 8216576 bytes)

2

> **+15403352511 Kristen Naylor**
> Which car did you take
> Status: Sent
> Delivered: 6/12/2020 3:05:10 PM(UTC+0)
> 6/12/2020 3:05:09 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40D8DB (Table: message, chat, Size: 8216576 bytes)

> **+13046408544 My Man My Heart My World**
> Truck
> Status: Read
> Read: 6/12/2020 3:05:15 PM(UTC+0)
> 6/12/2020 3:05:15 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40D6AD (Table: message, handle, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> Then you shouldn't know
> Status: Sent
> Delivered: 6/12/2020 3:05:21 PM(UTC+0)
> 6/12/2020 3:05:21 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40D4A3 (Table: message, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> But I can't take 4 kids into the store
> Status: Sent
> Delivered: 6/12/2020 3:05:30 PM(UTC+0)
> 6/12/2020 3:05:30 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40D26F (Table: message, chat, Size: 8216576 bytes)

> **+13046408544 My Man My Heart My World**
> Since you said you would wait till tomorrow for the lake
> Status: Read
> Read: 6/12/2020 3:05:31 PM(UTC+0)
> 6/12/2020 3:05:31 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40EF8D (Table: message, handle, chat, Size: 8216576 bytes)

> **+13046408544 My Man My Heart My World**
> That's very true
> Status: Read
> Read: 6/12/2020 3:05:42 PM(UTC+0)
> 6/12/2020 3:05:41 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40E95B (Table: message, handle, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> So there gonna go hungry till you get here.
> Status: Sent
> Delivered: 6/12/2020 3:06:05 PM(UTC+0)
> 6/12/2020 3:06:04 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40E735 (Table: message, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> I'm really starting to not like life
> Status: Sent
> Delivered: 6/12/2020 3:06:16 PM(UTC+0)
> 6/12/2020 3:06:16 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40E4DD (Table: message, chat, Size: 8216576 bytes)

> **+13046408544 My Man My Heart My World**
> Is there any bread
> Status: Read
> Read: 6/12/2020 3:07:55 PM(UTC+0)
> 6/12/2020 3:07:55 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40FF8D (Table: message, handle, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> Guess I'll go to McDonald's and get them something
> Status: Sent
> Delivered: 6/12/2020 3:07:56 PM(UTC+0)
> 6/12/2020 3:07:55 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40E291 (Table: message, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> No
> Status: Sent
> Delivered: 6/12/2020 3:07:58 PM(UTC+0)
> 6/12/2020 3:07:58 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40FD67 (Table: message, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> No bread
> Status: Sent
> Delivered: 6/12/2020 3:08:03 PM(UTC+0)
> 6/12/2020 3:08:02 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40FB63 (Table: message, chat, Size: 8216576 bytes)

4

**+15403352511 Kristen Naylor**
No milk
Status: Sent
Delivered: 6/12/2020 3:08:07 PM(UTC+0)
6/12/2020 3:08:06 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40F951 (Table: message, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
Damn it
Status: Read
Read: 6/12/2020 3:08:08 PM(UTC+0)
6/12/2020 3:08:07 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40F743 (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
No cereal
Status: Sent
Delivered: 6/12/2020 3:08:11 PM(UTC+0)
6/12/2020 3:08:10 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40F533 (Table: message, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
How about the canned noodles is tomato sauce that they eat
Status: Read
Read: 6/12/2020 3:09:32 PM(UTC+0)
6/12/2020 3:08:47 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x40F31F (Table: message, handle, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
I'm trying to come up with something but not sure what
Status: Read
Read: 6/12/2020 3:09:32 PM(UTC+0)
6/12/2020 3:09:10 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x410F8D (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
Bub won't eat eggs
Status: Sent
Delivered: 6/12/2020 3:09:33 PM(UTC+0)
6/12/2020 3:09:33 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x410D1B (Table: message, chat, Size: 8216576 bytes)

5

**+13046408544 My Man My Heart My World**
But on payday go get 200 dollars worth of groceries from now on
Status: Read
Read: 6/12/2020 3:09:35 PM(UTC+0)
6/12/2020 3:09:35 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x410AF3 (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
I try but bills take it
Status: Sent
Delivered: 6/12/2020 3:09:58 PM(UTC+0)
6/12/2020 3:09:57 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x4104B1 (Table: message, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
It's okay baby I'll figure it out
Status: Sent
Delivered: 6/12/2020 3:12:38 PM(UTC+0)
6/12/2020 3:12:37 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x410281 (Table: message, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
I jus got my online account open, hopefully these ppl are legit
Status: Sent
Delivered: 6/12/2020 3:12:51 PM(UTC+0)
6/12/2020 3:12:51 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x411F8D (Table: message, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
Why u quit talking
Status: Sent
Delivered: 6/12/2020 3:12:56 PM(UTC+0)
6/12/2020 3:12:56 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x411D0C (Table: message, chat, Size: 8216576 bytes)

**+13046408544 My Man My Heart My World**
What I can try to do is work a little extra during the week an hour or two to bring the time to 48 or 50 hours and still have time at home with you and the kids and plus what you are doing will help us out a ton from what I have already seen
Status: Read
Read: 6/12/2020 3:13:13 PM(UTC+0)
6/12/2020 3:13:02 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x411AE6 (Table: message, handle, chat, Size: 8216576 bytes)

6