

**Extraction Report** - Apple iPhone


www.cellebrite.com

## Participants


+15403352511
Kristen Naylor* (owner)


+13046408544
My Man My Heart My World*

## Conversation - Instant Messages (14)

> +15403352511 Kristen Naylor
> What do I do for the kids? Should I take them to McDonald's?
> Status: Sent
> Delivered: 6/12/2020 3:45:50 PM(UTC+0)
> 6/12/2020 3:45:50 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x41FABA (Table: message, chat, Size: 8216576 bytes)

> +15403352511 Kristen Naylor
> It would be about 20 dollars
> Status: Sent
> Delivered: 6/12/2020 3:45:57 PM(UTC+0)
> 6/12/2020 3:45:56 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x41F83B (Table: message, chat, Size: 8216576 bytes)

> +13046408544 My Man My Heart My World
> What about the pizza I. The fridge ???
> Status: Read
> Read: 6/12/2020 3:46:34 PM(UTC+0)
> 6/12/2020 3:46:17 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x41F264 (Table: message, handle, chat, Size: 8216576 bytes)

> +15403352511 Kristen Naylor
> Oh yea I can do that
> Status: Sent
> Delivered: 6/12/2020 3:46:40 PM(UTC+0)
> 6/12/2020 3:46:39 PM(UTC+0)

Source Info:
Kristen?/mobile/Library/SMS/sms.db : 0x420F8D (Table: message, chat, Size: 8216576 bytes)


AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 2:21-cr-00062-1 U.S. v. CLAY
EXHIBIT NO. **6C**

1

+13046408544 My Man My Heart My World

I even forgot to bring mine so there should be some left
Status: Read
Read: 6/12/2020 3:46:40 PM(UTC+0)

6/12/2020 3:46:40 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x420D63 (Table: message, handle, chat, Size: 8216576 bytes)

+15403352511 Kristen Naylor

Oh baby no, what r u gonna eat
Status: Sent
Delivered: 6/12/2020 3:46:53 PM(UTC+0)

6/12/2020 3:46:53 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x420AF1 (Table: message, chat, Size: 8216576 bytes)

+15403352511 Kristen Naylor

Want me to bring it to you
Status: Sent
Delivered: 6/12/2020 3:47:00 PM(UTC+0)

6/12/2020 3:47:00 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x4208B5 (Table: message, chat, Size: 8216576 bytes)

+13046408544 My Man My Heart My World

So that even more for them to munch on to fill their bellies
Status: Read
Read: 6/12/2020 3:47:29 PM(UTC+0)

6/12/2020 3:47:19 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x42067F (Table: message, handle, chat, Size: 8216576 bytes)

+13046408544 My Man My Heart My World

Nahh I'll be fine
Status: Read
Read: 6/12/2020 3:47:29 PM(UTC+0)

6/12/2020 3:47:29 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x420404 (Table: message, handle, chat, Size: 8216576 bytes)

+15403352511 Kristen Naylor

But you need to eat
Status: Sent
Delivered: 6/12/2020 3:47:40 PM(UTC+0)

6/12/2020 3:47:40 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x4201DC (Table: message, chat, Size: 8216576 bytes)

+13046408544 My Man My Heart My World

I'll manage to find something In a little

Status: Read
Read: 6/12/2020 3:49:00 PM(UTC+0)

6/12/2020 3:48:00 PM(UTC+0)

Source Info:
Kristen1/mobile/Library/SMS/sms.db : 0x421F8D (Table: message, handle, chat, Size: 8216576 bytes)

+13046408544 My Man My Heart My World

So there you go feed the little monsters under the bed

Status: Read
Read: 6/12/2020 3:49:00 PM(UTC+0)

6/12/2020 3:48:50 PM(UTC+0)

Source Info:
Kristen1/mobile/Library/SMS/sms.db : 0x421D35 (Table: message, handle, chat, Size: 8216576 bytes)

+13046408544 My Man My Heart My World

And that should settle their bellies

Status: Read
Read: 6/12/2020 3:49:13 PM(UTC+0)

6/12/2020 3:49:13 PM(UTC+0)

Source Info:
Kristen1/mobile/Library/SMS/sms.db : 0x421AC7 (Table: message, handle, chat, Size: 8216576 bytes)

+15403352511 Kristen Naylor

I'm doing it now

Status: Sent
Delivered: 6/12/2020 3:49:16 PM(UTC+0)

6/12/2020 3:49:15 PM(UTC+0)

Source Info:
Kristen1/mobile/Library/SMS/sms.db : 0x42187D (Table: message, chat, Size: 8216576 bytes)