# Naylor-Legg Cell Phone Web History – June 10, 2020

| Website Title | URL |
|---|---|
| Skip the games. Get Satisfaction. Meet and find escorts in Charleston, West Virginia | https://charleston.skipthegames.com/ |
| Escorts means – Google Search | https://www.google.com/search |
| Escorts – Google Search | https://www.google.com/search |
| SecretBenefits.com: Dating with Benefits | https://www.secretbenefits.com/welcome/sugar_baby/d_us_sugar_daddy/sugar_daddies? |
| Sugar daddies – Google Search | https://www.google.com/search |
| Sugar Daddy Meet | #1 Website & App for Arrangement Dating | https://www.sugardaddymeet.com/mobile |

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 2:21-cr-00062-1 U.S. v. CLAY
EXHIBIT NO. 7