**Extraction Report** - Apple iPhone 

## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

### iMessage: +15403352511 (1)

Native (1)

| # | | Deleted |
|---|---|---|
| 1 | **Start Time:** 9/20/2020 4:22:36 PM(UTC+0)<br>**Last Activity:** 9/22/2020 7:07:50 PM(UTC+0)<br>**Number of attachments:** 9<br>**Source:** iMessage: +15403352511<br>**Source file:** Kristen♥/mobile/Library/SMS/sms.db : 0x720B05 (Table: chat, handle, Size: 8216576 bytes)<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>+15403352511<br>Kristen Naylor* (owner)<br><br>+13046732477<br>Clay* | |

---

**+13046732477 Clay**

You got time to suck me

Status: Read
Read: 9/21/2020 8:54:44 PM(UTC+0)

9/21/2020 8:54:44 PM(UTC+0)

Source Info:
Kristen♥/mobile/Library/SMS/sms.db : 0x5C0D7A (Table: message, handle, chat, Size: 8216576 bytes)

---

**+15403352511 Kristen Naylor**

R u okay?

Status: Sent
Delivered: 9/21/2020 8:54:46 PM(UTC+0)

9/21/2020 8:54:45 PM(UTC+0)

Source Info:
Kristen♥/mobile/Library/SMS/sms.db : 0x5C0B4B (Table: message, chat, Size: 8216576 bytes)

---

**+13046732477 Clay**

Yes

Status: Read
Read: 9/21/2020 8:54:52 PM(UTC+0)

9/21/2020 8:54:52 PM(UTC+0)

Source Info:
Kristen♥/mobile/Library/SMS/sms.db : 0x5C0936 (Table: message, handle, chat, Size: 8216576 bytes)



GOVERNMENT EXHIBIT
CASE NO. 2:21-cr-00062
U.S. v. CLAY
EXHIBIT NO. 10

**+15403352511 Kristen Naylor**
Na I'm outside with all my kids
Status: Sent
Delivered: 9/21/2020 8:54:58 PM(UTC+0)
9/21/2020 8:54:57 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5C072F (Table: message, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
Miss you
Status: Sent
Delivered: 9/21/2020 8:55:04 PM(UTC+0)
9/21/2020 8:55:03 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5C04EA (Table: message, chat, Size: 8216576 bytes)

**+13046732477 Clay**
Oh ok
Status: Read
Read: 9/21/2020 8:55:05 PM(UTC+0)
9/21/2020 8:55:04 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5C02D7 (Table: message, handle, chat, Size: 8216576 bytes)

**+13046732477 Clay**
Miss you
Status: Read
Read: 9/21/2020 8:55:09 PM(UTC+0)
9/21/2020 8:55:08 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5C1F8D (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
How's work
Status: Sent
Delivered: 9/21/2020 8:58:03 PM(UTC+0)
9/21/2020 8:58:02 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5C2238 (Table: message, chat, Size: 8216576 bytes)

**+13046732477 Clay**
Sucks
Status: Read
Read: 9/21/2020 9:03:08 PM(UTC+0)
9/21/2020 9:01:09 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5C3B1F (Table: message, handle, chat, Size: 8216576 bytes)

**+13046732477 Clay**
How's you and hubby
Status: Read
Read: 9/22/2020 11:42:17 AM(UTC+0)
9/22/2020 11:42:01 AM(UTC+0)

Source Info:
Kristen♥/mobile/Library/SMS/sms.db : 0x5CAF8D (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
Had a huge fight Sunday night but doing okay now I guess
Status: Sent
Delivered: 9/22/2020 11:42:39 AM(UTC+0)
9/22/2020 11:42:37 AM(UTC+0)

Source Info:
Kristen♥/mobile/Library/SMS/sms.db : 0x5CAD60 (Table: message, chat, Size: 8216576 bytes)

**+13046732477 Clay**
Over
Status: Read
Read: 9/22/2020 11:43:12 AM(UTC+0)
9/22/2020 11:42:58 AM(UTC+0)

Source Info:
Kristen♥/mobile/Library/SMS/sms.db : 0x5CA670 (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
I wanted to go for a ride to have time alone and it set him off
Status: Sent
Delivered: 9/22/2020 11:44:41 AM(UTC+0)
9/22/2020 11:44:40 AM(UTC+0)

Source Info:
Kristen♥/mobile/Library/SMS/sms.db : 0x5CA467 (Table: message, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
He gets mad if he's going to bed and I want to watch tv in the living room. Says that he can't sleep if I ain't in the bed and that he has to be touching me at all times so he can sleep and a bunch of other possessive shit that made no sense
Status: Sent
Delivered: 9/22/2020 11:46:08 AM(UTC+0)
9/22/2020 11:46:07 AM(UTC+0)

Source Info:
Kristen♥/mobile/Library/SMS/sms.db : 0x5CBF8D (Table: message, chat, Size: 8216576 bytes)

**+13046732477 Clay**
Sorry
Status: Read
Read: 9/22/2020 11:47:03 AM(UTC+0)
9/22/2020 11:46:38 AM(UTC+0)

Source Info:
Kristen♥/mobile/Library/SMS/sms.db : 0x5CBB97 (Table: message, handle, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> Not ur fault but I appreciate it
> Status: Sent
> Delivered: 9/22/2020 11:47:43 AM(UTC+0)
> 9/22/2020 11:47:34 AM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5CCF8D (Table: message, chat, Size: 8216576 bytes)

> **+13046732477 Clay**
> How does he fill about the other night
> Status: Read
> Read: 9/22/2020 11:51:29 AM(UTC+0)
> 9/22/2020 11:49:13 AM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5CCD4C (Table: message, handle, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> If ur talking bout the 3some he was fine with it
> Status: Sent
> Delivered: 9/22/2020 11:51:56 AM(UTC+0)
> 9/22/2020 11:51:55 AM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5CCAFD (Table: message, chat, Size: 8216576 bytes)

> **+13046732477 Clay**
> Well it's funny that happened and the next day he's a jerk
> Status: Read
> Read: 9/22/2020 11:52:43 AM(UTC+0)
> 9/22/2020 11:52:34 AM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5CC89A (Table: message, handle, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> He's a jerk all the time
> Status: Sent
> Delivered: 9/22/2020 11:53:04 AM(UTC+0)
> 9/22/2020 11:53:03 AM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5CC61A (Table: message, chat, Size: 8216576 bytes)

> **+13046732477 Clay**
> We just need to keep it to ourselves
> Status: Read
> Read: 9/22/2020 11:54:06 AM(UTC+0)
> 9/22/2020 11:53:46 AM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5CC3E5 (Table: message, handle, chat, Size: 8216576 bytes)

4

> **+15403352511 Kristen Naylor**
> I'm fine with that
> Status: Sent
> Delivered: 9/22/2020 11:54:26 AM(UTC+0)
> 9/22/2020 11:54:25 AM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5CDF8D (Table: message, chat, Size: 8216576 bytes)

> **+13046732477 Clay**
> Probably best
> Status: Read
> Read: 9/22/2020 11:55:38 AM(UTC+0)
> 9/22/2020 11:54:59 AM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5CDD64 (Table: message, handle, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> I'd jus rather go back to that anyway
> Status: Sent
> Delivered: 9/22/2020 11:55:56 AM(UTC+0)
> 9/22/2020 11:55:55 AM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5CDB47 (Table: message, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> Call me now
> Status: Sent
> Delivered: 9/22/2020 7:07:50 PM(UTC+0)
> 9/22/2020 7:07:48 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5D14B0 (Table: message, chat, Size: 8216576 bytes)

> **+15403352511 Kristen Naylor**
> ASAP
> Status: Sent
> Delivered: 9/22/2020 7:07:51 PM(UTC+0)
> 9/22/2020 7:07:50 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5D1297 (Table: message, chat, Size: 8216576 bytes)

5