+13046732477 Clay

Source: FaceTime

Type: Answered

00:02:07

8/25/2020 10:01:02 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1B306 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:03:03

9/2/2020 5:12:30 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1D6B1 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:02:17

9/15/2020 8:19:05 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x20766 (Table: ZCALLRECORD, Size: 921600 bytes)

3046732477 Clay

Type: Answered

00:00:01

9/17/2020 3:59:45 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x21462 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:07:27

9/22/2020 12:02:05 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x237CA (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Type: Answered

00:02:46

9/22/2020 7:08:08 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x23346 (Table: ZCALLRECORD, Size: 921600 bytes)


AO386-C
GOVERNMENT EXHIBIT

CASE NO.   2:21-cr-00062-1
U.S. v. CLAY

EXHIBIT NO.   11