

**Extraction Report** - Apple iPhone



## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

### iMessage: +15403352511 (1)

**Native (1)**

| # | | Deleted |
|---|---|---|
| 1 | **Start Time:** 9/20/2020 6:23:40 AM(UTC+0)<br>**Last Activity:** 9/22/2020 8:06:43 PM(UTC+0)<br>**Number of attachments:** 10<br>**Source:** iMessage: +15403352511<br>**Source file:** Kristen☎/mobile/Library/SMS/sms.db : 0x720D4A (Table: chat, handle, Size: 8216576 bytes)<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>+15403352511<br>Kristen Naylor* (owner)<br><br>+16814221111<br>Kinzer * | |

---

+15403352511 Kristen Naylor

**Can you call me please**
Status: Sent
Delivered: 9/22/2020 8:04:32 PM(UTC+0)
Read: 9/22/2020 8:04:37 PM(UTC+0)

9/22/2020 8:04:32 PM(UTC+0)

Source Info:
Kristen☎/mobile/Library/SMS/sms.db : 0x5D2F85 (Table: message, chat, Size: 8216576 bytes)

+15403352511 Kristen Naylor

**It's important**
Status: Sent
Delivered: 9/22/2020 8:04:37 PM(UTC+0)
Read: 9/22/2020 8:05:25 PM(UTC+0)

9/22/2020 8:04:36 PM(UTC+0)

Source Info:
Kristen☎/mobile/Library/SMS/sms.db : 0x5D2D4E (Table: message, chat, Size: 8216576 bytes)



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO.: 2:21-cr-00062-1  U.S. v. CLAY

EXHIBIT NO.: **12**

**+16814221111 Kinzer**
I'm starting an interview
Status: Read
Read: 9/22/2020 8:04:47 PM(UTC+0)
9/22/2020 8:04:46 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5D2B2B (Table: message, handle, chat, Size: 8216576 bytes)

**+16814221111 Kinzer**
What's up
Status: Read
Read: 9/22/2020 8:04:50 PM(UTC+0)
9/22/2020 8:04:50 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5D28F2 (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
I've cops waiting on me to get home. A cheif deputy Nd someone else
Status: Sent
Delivered: 9/22/2020 8:05:23 PM(UTC+0)
Read: 9/22/2020 8:05:25 PM(UTC+0)
9/22/2020 8:05:23 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5D26D1 (Table: message, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
Have you heard anything
Status: Sent
Delivered: 9/22/2020 8:05:30 PM(UTC+0)
Read: 9/22/2020 8:05:30 PM(UTC+0)
9/22/2020 8:05:29 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5D243B (Table: message, chat, Size: 8216576 bytes)

**+16814221111 Kinzer**
Nope
Status: Read
Read: 9/22/2020 8:05:34 PM(UTC+0)
9/22/2020 8:05:34 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5D220A (Table: message, handle, chat, Size: 8216576 bytes)

**+15403352511 Kristen Naylor**
I think it's over clay
Status: Sent
Delivered: 9/22/2020 8:05:43 PM(UTC+0)
Read: 9/22/2020 8:05:43 PM(UTC+0)
9/22/2020 8:05:42 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5D3F85 (Table: message, chat, Size: 8216576 bytes)

> +16814221111 Kinzer
> Oh no
> Status: Read
> Read: 9/22/2020 8:05:50 PM(UTC+0)
> 9/22/2020 8:05:50 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5D3D54 (Table: message, handle, chat, Size: 8216576 bytes)

> +15403352511 Kristen Naylor
> Wat do I do
> Status: Sent
> Delivered: 9/22/2020 8:05:55 PM(UTC+0)
> Read: 9/22/2020 8:05:55 PM(UTC+0)
> 9/22/2020 8:05:55 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5D3B3F (Table: message, chat, Size: 8216576 bytes)

> +16814221111 Kinzer
> Idk
> Status: Read
> Read: 9/22/2020 8:06:00 PM(UTC+0)
> 9/22/2020 8:05:59 PM(UTC+0)

Source Info:
Kristen/mobile/Library/SMS/sms.db : 0x5D3928 (Table: message, handle, chat, Size: 8216576 bytes)