IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21-cr-00062

LARRY ALLEN CLAY, JR.

### JOINT STIPULATION

The United States and defendant Larry Allen Clay, Jr., hereby stipulate and agree that Hyundai and Ford vehicles are not manufactured within the state of West Virginia.

Stipulated and agreed to:

_____  4/28/23
LARRY ALLEN CLAY, JR.            Date
Defendant

_____  4/24/23
SEBASTIAN JOY, ESQ.              Date
Counsel for Defendant

_____  4-24-23
JENNIFER RADA HERRALD            Date
Assistant United States Attorney



GOVERNMENT EXHIBIT
CASE NO. 2:21-cr-00062-1 U.S. v. CLAY
EXHIBIT NO. 14