## Call Log (362)

*\* These details are cross-referenced from this device's contacts*

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Direction:** Outgoing **To** 3045744267 | 9/25/2020 2:05:21 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | | **Source:** _____ **Source Extraction:** Legacy | |
| 2 | **Direction:** Outgoing **To** +16814221111 Kinzer * | 9/22/2020 3:13:00 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | | **Source:** _____ **Source Extraction:** Legacy | |
| 3 | **Direction:** Incoming **From** +13046732477 Clay* | 9/22/2020 3:08:08 PM (UTC-4) | 00:02:46 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** _____ **Source Extraction:** Legacy | |
| 4 | **Direction:** Outgoing **To** +13046408544 My Man My Heart My World❤* | 9/22/2020 3:06:08 PM (UTC-4) | 00:00:27 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** _____ **Source Extraction:** Legacy | |
| 5 | **Direction:** Outgoing **To** +14148954735 | 9/22/2020 12:22:28 PM (UTC-4) | 00:00:15 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** _____ **Source Extraction:** Legacy | |
| 6 | **Direction:** Outgoing **To** +14148954735 | 9/22/2020 12:22:10 PM (UTC-4) | 00:00:09 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** _____ **Source Extraction:** Legacy | |



GOVERNMENT EXHIBIT
AO386-C
CASE NO. 2:21-cr-00062-1
U.S. v. CLAY
EXHIBIT NO. 16