+13046408544 My Man My Heart My World ❤️
I'm on my way home now love
**Status:** Read
**Read:** 6/5/2020 6:32:00 PM(UTC-4)
6/5/2020 6:31:55 PM(UTC-4)
**Source Extraction:**
Legacy

+15403352511 Kristen Naylor
Okay baby I love you be safe
**Status:** Sent
**Delivered:** 6/5/2020 6:32:07 PM(UTC-4)
6/5/2020 6:32:07 PM(UTC-4)
**Source Extraction:**
Legacy

+15403352511 Kristen Naylor
This house is a mess and I'm sorry. Jus been to hot and miserable today. But I'm tryin
**Status:** Sent
**Delivered:** 6/5/2020 6:42:43 PM(UTC-4)
6/5/2020 6:42:41 PM(UTC-4)
**Source Extraction:**
Legacy


DEFENDANT'S EXHIBIT /A
USA vs Larry Clay
2:21-cr-00062-1



+15403352511 Kristen Naylor
Where you at
**Status:** Sent
**Delivered:** 6/5/2020 8:06:51 PM(UTC-4)
6/5/2020 8:06:50 PM(UTC-4)
**Source Extraction:**
Legacy



+15403352511 Kristen Naylor
Made it to Walmart
**Status:** Sent
**Delivered:** 6/6/2020 3:20:29 PM(UTC-4)
6/6/2020 3:20:28 PM(UTC-4)
**Source Extraction:**
Legacy



+15403352511 Kristen Naylor
Great now Facebook is standing with black lives matter 😠
**Status:** Sent
**Delivered:** 6/6/2020 3:24:42 PM(UTC-4)
6/6/2020 3:24:42 PM(UTC-4)
**Source Extraction:**
Legacy

**+15403352511** Kristen Naylor

**Attachments:**



**Size:** 3794089
**File name:** 61316511544___F67364827240.JPG

61316511544___8E14D236-AEBC-47B5-9DC6-F67364827240.JPG

**Status:** Sent
**Delivered:** 6/6/2020 3:39:16 PM(UTC-4)

6/6/2020 3:39:08 PM(UTC-4)

**Source Extraction:**
Legacy

**+13043969812 Juicy**
Was u doing something for the kids today??? dad said something about it
**Status:** Read
**Read:** 6/6/2020 2:35:37 PM(UTC-4)
6/6/2020 2:23:32 PM(UTC-4)
Source Extraction:
Legacy

**+13043969812 Juicy**
Wish I knew sooner
**Status:** Read
**Read:** 6/6/2020 2:40:33 PM(UTC-4)
6/6/2020 2:37:46 PM(UTC-4)
Source Extraction:
Legacy

**+15403352511 Kristen Naylor**
Wanted y'all to come up
**Status:** Sent
**Delivered:** 6/6/2020 2:36:20 PM(UTC-4)
6/6/2020 2:36:19 PM(UTC-4)
Source Extraction:
Legacy



+13043969812 Juicy
Have to b at work at 4
**Status:** Read
**Read:** 6/6/2020 2:38:10 PM(UTC-4)
**Source Extraction:**
Legacy

+13043969812 Juicy
I'll try
**Status:** Read
**Read:** 6/6/2020 2:40:33 PM(UTC-4)
6/6/2020 2:38:16 PM(UTC-4)
**Source Extraction:**
Legacy



+15403352511 Kristen Naylor
Jus come up after
**Status:** Sent
**Delivered:** 6/6/2020 2:40:40 PM(UTC-4)
6/6/2020 2:40:39 PM(UTC-4)
**Source Extraction:**
Legacy

+13043969812 Juicy
Go my schedule switched around I'll go in at 6 I'll make it up Monday have to b gone by 530 is that ok with u
**Status:** Read
**Read:** 6/6/2020 3:07:38 PM(UTC-4)
6/6/2020 2:56:55 PM(UTC-4)
**Source Extraction:**
Legacy

+15403352511 Kristen Naylor
We'll be up cuz we have a lot planned
**Status:** Sent
**Delivered:** 6/6/2020 2:41:08 PM(UTC-4)
6/6/2020 2:41:06 PM(UTC-4)
**Source Extraction:**
Legacy

+15403352511 Kristen Naylor
I'll save u a plate
**Status:** Sent
**Delivered:** 6/6/2020 2:40:48 PM(UTC-4)
6/6/2020 2:40:48 PM(UTC-4)
**Source Extraction:**
Legacy

