DEFENDANT'S
EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
2F