Office › Criminal › Clay, Larry › Discovery › Kristen's Cell Phone Extraction › 2020-197-4741-Legg, Kristen; Clay, Lawrence › Report › files › Image

| Name | Date modified | Type | Size |
|---|---|---|---|
| 4b5625ba4d20519dd515069a702... | 6/6/2020 6:15 PM | File | 199 KB |
| 5_1489 | 6/6/2020 6:14 PM | JPG File | 128 KB |
| 5_7496 | 6/6/2020 6:14 PM | JPG File | 471 KB |
| 5_1475 | 6/6/2020 6:14 PM | JPG File | 92 KB |
| 5_7495 | 6/6/2020 6:14 PM | JPG File | 280 KB |
| 5_1471 | 6/6/2020 6:14 PM | JPG File | 97 KB |
| 5_7494 | 6/6/2020 6:14 PM | JPG File | 292 KB |
| 5_1453 | 6/6/2020 6:13 PM | JPG File | 79 KB |
| 5_7493 | 6/6/2020 6:13 PM | JPG File | 241 KB |
| 5_1442 | 6/6/2020 6:12 PM | JPG File | 110 KB |
| 5_7492 | 6/6/2020 6:12 PM | JPG File | 388 KB |
| 5_1460 | 6/6/2020 6:11 PM | JPG File | 117 KB |
| 5_7491 | 6/6/2020 6:11 PM | JPG File | 413 KB |
| 5_1463 | 6/6/2020 6:11 PM | JPG File | 132 KB |
| 5_7490 | 6/6/2020 6:11 PM | JPG File | 478 KB |
| 1651154A__8E14D236-AEBC-47B5-... | 6/6/2020 3:38 PM | JPG File | 3,706 KB |
| cameraScreenshot1 | 6/6/2020 3:29 PM | PNG File | 309 KB |
| 7527259198510A4 | 6/6/2020 3:28 PM | JPG File | 367 KB |
| 46619908983665A7 | 6/6/2020 3:28 PM | JPG File | 269 KB |

DEFENDANT'S EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
2G
tabbies