

DEFENDANT'S EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
6A