**+13043969812 Juicy**
Hey I don't go in until 4 tomorrow so if u want I'll keep liddy one more day just if u don't mind we'll u give dad one more of her sleeping meds on his way to or back from church

**Status:** Read
**Read:** 6/9/2020 4:21:10 PM(UTC-4)
6/9/2020 4:16:05 PM(UTC-4)

Source Extraction:
Legacy

**+15403352511 Kristen Naylor**
Yea that's fine. I'm at the lake but he home soon

**Status:** Sent
**Delivered:** 6/9/2020 4:21:28 PM(UTC-4)
6/9/2020 4:21:28 PM(UTC-4)

Source Extraction:
Legacy

**+13043969812 Juicy**
K I'll tell dad to call when he leaves and let u no what he'll do he'll prob stop tonight idk srry to bother u

**Status:** Read
**Read:** 6/9/2020 4:24:14 PM(UTC-4)
6/9/2020 4:24:01 PM(UTC-4)

Source Extraction:
Legacy


DEFENDANT'S EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
7A

**+15403352511 Kristen Naylor**
Ur fine. Ur not bothering me. And okay, I gotta go to Walmart then grab something to eat and I'll be home
**Status:** Sent
**Delivered:** 6/9/2020 4:24:52 PM(UTC-4)
6/9/2020 4:24:52 PM(UTC-4)
**Source Extraction:**
Legacy

**+13043969812 Juicy**
K b carful
**Status:** Read
**Read:** 6/9/2020 4:26:46 PM(UTC-4)
6/9/2020 4:26:08 PM(UTC-4)
**Source Extraction:**
Legacy

**+15403352511 Kristen Naylor**
We will be
**Status:** Sent
**Delivered:** 6/9/2020 4:26:51 PM(UTC-4)
6/9/2020 4:26:50 PM(UTC-4)
**Source Extraction:**
Legacy

**Attachments:** +13043969812 Juicy

**File name:** IMG_0415.mov
**Size:** 8779226

IMG_0415.mov
**File name:** IMG_0414.mov
**Size:** 10583657
IMG_0414.mov
**Status:** Read
**Read:** 6/9/2020 7:17:18 PM(UTC-4)
6/9/2020 7:16:52 PM(UTC-4)
**Source Extraction:**
Legacy

+15403352511 Kristen Naylor
Love it. He's catching on fast

**Status:** Sent
**Delivered:** 6/9/2020 7:18:01 PM(UTC-4)
6/9/2020 7:18:00 PM(UTC-4)
**Source Extraction:**
Legacy

**+13043969812 Juicy**
K
**Status:** Read
**Read:** 6/9/2020 10:27:50 PM(UTC-4)
6/9/2020 10:27:25 PM(UTC-4)
**Source Extraction:**
Legacy

**+15403352511 Kristen Naylor**
Hey could u be here by 2 tmw? Charles has a doc appointment an he wants me to go with him
**Status:** Sent
**Delivered:** 6/9/2020 10:28:40 PM(UTC-4)
6/9/2020 10:28:40 PM(UTC-4)
**Source Extraction:**
Legacy

**+13043969812 Juicy**
I'll try
**Status:** Read
**Read:** 6/9/2020 11:07:56 PM(UTC-4)
6/9/2020 11:07:50 PM(UTC-4)
**Source Extraction:**
Legacy

