

tabbies

DEFENDANT'S EXHIBIT

USA vs Larry Clay

~~2:21-cr-00062-1~~

7B