| Name | Date modified | Type | Size |
|---|---|---|---|
| 6c7ade24f18391f978c1e64e4949... | 6/9/2020 6:33 PM | PNG File | 3 KB |
| ac29045a4f0fe1da4ceb08834fd... | 6/9/2020 6:33 PM | PNG File | 7 KB |
| a678c9511b0ce989fae24a4a1c3... | 6/9/2020 6:33 PM | PNG File | 4 KB |
| 574424dc9d67da42a00be9e70ad7... | 6/9/2020 6:33 PM | PNG File | 4 KB |
| 4fd397318e7b29858cd21b8a3c4... | 6/9/2020 6:33 PM | PNG File | 13 KB |
| e04ff8aa9bcf5da6ae40360151-e... | 6/9/2020 6:33 PM | PNG File | 7 KB |
| 0d0f15fe6180cd29a56a73a766bf... | 6/9/2020 6:33 PM | PNG File | 3 KB |
| 64ee616e00b818bc8173e361add... | 6/9/2020 6:33 PM | PNG File | 4 KB |
| 8d98cdfd0ab7a9bd3582aa70549... | 6/9/2020 6:33 PM | File | 42 KB |
| 60a9b45299bede6335dda309ob0... | 6/9/2020 6:33 PM | PNG File | 40 KB |
| c9e155b923a2f99844b3e60b6d7... | 6/9/2020 6:33 PM | PNG File | 6 KB |
| b718918a7331022de21b01961cf1... | 6/9/2020 6:33 PM | PNG File | 10 KB |
| 7c1674e61f884484b19a7b9fa252... | 6/9/2020 6:33 PM | PNG File | 16 KB |
| 00859011c33978165f08b7abe3657... | 6/9/2020 6:33 PM | PNG File | 37 KB |
| 989ab0437b8141a70cebda4ca08... | 6/9/2020 6:33 PM | PNG File | 23 KB |
| bd81f101f61a2ab4fc37a4c8796a... | 6/9/2020 6:33 PM | PNG File | 25 KB |
| b99bdf81fb553922c078d09dee4c... | 6/9/2020 6:33 PM | PNG File | 3 KB |
| 4B630-91D2-47C0-9391-54B653C... | 6/9/2020 4:45 PM | JPEG File | 498 KB |
| 98688860144cbc237ba8d42d5634... | 6/9/2020 3:37 PM | File | 217 KB |

DEFENDANT'S EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
7C