

**DEFENDANT'S EXHIBIT**

USA vs Larry Clay

2:21-cr-00062-1

8B