| 1091 | best buy near me - Google Search | https://www.google.com/search?client=safari&channel=iphone_bm&sxsrf=ALeKk03FjhEjSM0-U0P5yCWHiiH58pIfYQ%3A1591852068551&ei=JLzhXtCaIYrKswX5nLBw&q=best+buy+near+me&oq=best+&gs_lcp=ChNtb2JpbGUtZ3dzLXdpei1zZXJwEAEYBjIICAAQsQMQkQIyBAgAEEMyBwgAELEDEEMyBQgAEJECMgQIABBDMgQIABBDMgIIADIFCAAQsQM6BwgjEOoCECc6BQguEIMBOgUIABCDAToECCMQJ1D-gwFYnJ8BYJWxAWgCcAB4AIABsAGIAewFkgEDMC41mAEAoAEBsAEP&sclient=mobile-gws-wiz-serp | 6/11/2020 12:09:38 PM(UTC-4) | 1 | | Artifact Family: Source Repository Path: | Source: Safari Account: Source Extraction: Legacy | Yes |

DEFENDANT'S EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
9A

| 1107 | Professional TV Repair - Best Buy | https://www.bestbuy.com/site/tv-home-theater-services/tv-repair/pcmcat1491421050845.c?id=pcmcat1491421050845 | 6/11/2020 1:03:39 AM(UTC-4) | 1 | | **Artifact Family:** **Source Repository Path:** | **Source:** Safari **Account:** **Source Extraction:** Legacy | Yes |

| 1098 | lg 70 inch tv screen replacement - Google Search | https://www.google.com/search?client=safari&channel=iphone_bm&sxsrf=ALeKk03Oy4RQtGtnShHUXIR8jIkjuWjBsQ%3A1591851895887&ei=d7vhXqvhNdKKtQXrh6uADA&q=lg+70+inch+tv+screen+replacement&oq=lg+70+inch+rep&gs_lcp=ChNtb2JpbGUtZ3dzLXdpei1zZXJwEAEYADIGCAAQFhAeMgYIABAWEB4yBQghEKABMgUIIRCgATIFCCEQoAEyCAghEBYQHRAeMggIIRAWEB0QHjoHCCMQ6gIQJzoECCMQJzoFCAAQkQI6AggAOgUILhCDAToECAAQQzoHCC4QQxCTAjoECC4QQzoHCC4QxCTAjoECC4QQzoHCC4QsQMQQzoFCAAQsQM6AgguOgUILhCxAzoHCAAQsQMQQzoKCAAQsQMQFBCHAjoHCAAQFBCHAjoCCBM6BQgAEIMBOgQIABANOgcIIRAKEKABUISTBFjoqApgqLsKaA1wAHgAgAHKAYgAHKAYgB4hmSAQYxLjIxLjGYAQCgAQGwAQ8&sclient=mobile-gws-wiz-serp | 6/11/2020 1:07:48 AM(UTC-4) | 1 |  | Artifact Family:<br>Source Repository Path: | Source: Safari<br>Account:<br>Source Extraction: Legacy | Yes |

| 1099 | fix 70 inch tv - Google Search | https://www.google.com/search?client=safari&channel=iphone_bm&sxsrf=ALeKk01QLOAoDQEC-uhcb4jL_yzMoWrscw%3A1591851809415&ei=IbvhXqz0GIS0tQWqkKbgBA&q=fix+70+inch+tv&oq=fix+a+70+&gs_lcp=ChNtb2JpbGUtZ3dzLXdpei1zZXJwEAEYADIGCAAQFhAeMgYIABAWEB4yBggAEBYQHjIFCCEQoAEyBQghEKABMggIIRAWEB0QHjIICCEQFhAdEB4yCAghEBYQHRAeOgQIABBHOgQIIxAnOgIIADoHCCMQ6gIQJzoECAAQQzoFCAAQgwE6BQgAELEDOgoIABCxAxCxAxAUEIcCOgUILhCxAxAzoECAAQCjoHCAAQFBCHAIDhKVjgWmDxYGgIcAF4AYABByAGIAcUTkgEGMC4xNy4xmAEAoAEBsAEP&sclient=mobile-gws-wiz-serp | 6/11/2020 1:07:48 AM(UTC-4) | 1 | | | **Artifact Family:** **Source Repository Path:** | **Source:** Safari **Account:** ———— **Source Extraction:** Legacy | Yes |

| 1096 | TV - Cracked Screen \| LG USA Support | htttps://www.lg.com/us/support/help-library/tv-cracked-screen-CT10000018-20150892011856 | 6/11/2020 1:08:06 AM(UTC-4) | 1 | | **Artifact Family:** **Source Repository Path:** | **Source:** Safari **Account:** **Source Extraction:** Legacy | Yes |