

DEFENDANT'S EXHIBIT USA v. Clay 2:21-cr-00062-1 9C



Handwritten note on sticky:
ck # 130008621105
Routing # 251583-868

Info panel:
61359644234_0608B6ED-97A5-4DC4-92E4-
June 3 27 PM
11 2020
Add a description
Size Info: 192 x 256   4.5 MB   72 dpi   24 bit
Source: Dropbox
File Path: C:\Users\smjoy\Dropbox\Joy Law Office\Criminal\Clay, Larry\Discovery\Kristen's Cell Phone Extraction\2020-197-4741-Legg, Kristen; Clay, Lawrence\Report\files\Image\61359644234_0608B6ED-97A5-4DC4-92E4-D3182EEF1B7B.JPG

