



DEFENDANT'S EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
10C
4/17/2023, 2:52 PM

