

**DEFENDANT'S EXHIBIT**
USA vs Larry Clay
2:21-cr-00062-1
10D

