

| File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|
| Name: | IMG_8595.PNG | Size (bytes): | 24494444 | | Trash |
| Path: | 00008030-001E09E23A21802E /files_full.zip/private/var/mobile /Media/DCIM/108APPLE /IMG_8595.PNG | Created: | 9/13/2020 10:42:35 PM(UTC-4) | | |
| | | Modified: | 9/13/2020 10:42:35 PM(UTC-4) | | |
| | | Accessed: | 9/13/2020 10:42:35 PM(UTC-4) | | |
| | | Deleted: | 9/14/2020 4:48:03 PM(UTC-4) | | |
| MD5: | 0a736b2682d5d1a4e5aac7298e 57ffde | Source Extraction | Legacy | | |

DEFENDANT'S EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
11A