

Also found additional photos of just Clay and Kristen...