

# 2 BROTHERS COLLISION

1501 S EISENHOWER DRIVE, Beckley, WV 25801
Phone: (304) 255-3030
FAX: (304) 255-0336

| | |
|---|---|
| Workfile ID: | 9283d684 |
| PartsShare: | 5RDczv |
| Federal ID: | 205189502 |

## Supplement of Record 2 with Summary

**RO Number: P137142**

Written By: JEREMY SAULS, 6/18/2020 12:33:22 PM
Adjuster: ACFJ, ....

| | | | | | | |
|---|---|---|---|---|---|---|
| Insured: | Legg, Charles | Policy #: | 4576776126 | Claim #: | 0650475360101016-01 |
| Type of Loss: | Collision | Date of Loss: | 5/17/2020 3:30 PM | Days to Repair: | 8 |
| Point of Impact: | 08 Left Qtr Post (Left Side) | | | | |

| Owner: | Inspection Location: | Insurance Company: |
|---|---|---|
| Legg, Charles | Two Brothers Body Shop-XD | GEICO |
| Po Box 725 | 4657 ROBERT C BYRD DR | GV |
| Gauley Bridge, WV 25085 | BECKLEY, WV 25801 | I |
| (540) 335-2511 Evening | Other | FREDERICKSBURG |
| | (304) 894-8722 Day | |

## VEHICLE

2016 HYUN Tucson Eco AWD 4D UTV 4-1.6L Turbocharged Gasoline Gasoline Direct Injection BROWN-NN5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIN: | KM8J3CA27GU137142 | Interior Color: | | Mileage In: | 118,309 | Vehicle Out: | 6/15/2020 |
| License: | 43S 263 | Exterior Color: | BROWN-NN5 | Mileage Out: | | | |
| State: | WV | Production Date: | 12/2015 | Condition: | Fair | Job #: | |

| TRANSMISSION | CONSOLE/STORAGE | SATELLITE RADIO | PRIVACY GLASS |
|---|---|---|---|
| AUTOMATIC TRANSMISSION | OVERHEAD CONSOLE | **SAFETY** | **SEATS** |
| 4 WHEEL DRIVE | **INSTRUMENT PANEL** | DRIVERS SIDE AIR BAG | CLOTH SEATS |
| **DRIVER CONVENIENCE** | TRACTION CONTROL | PASSENGER AIR BAG | BUCKET SEATS |
| KEYLESS ENTRY | STABILITY CONTROL | FRONT SIDE IMPACT AIR BAGS | RECLINING/LOUNGE SEATS |
| POWER DRIVER SEAT | ALARM | HEAD/CURTAIN AIR BAGS | **DECOR** |
| POWER WINDOWS | AIR CONDITIONING | **PAINT** | LUGGAGE/ROOF RACK |
| POWER LOCKS | REAR DEFOGGER | CLEARCOAT PAINT | **REAR END** |
| POWER MIRRORS | HANDS FREE DEVICE | **FRONT END** | BACKUP CAMERA |
| HEATED MIRRORS | **RADIO** | FOG LAMPS | REAR WINDOW WIPER |
| POWER TRUNK/LIFTGATE | AM RADIO | POWER STEERING | REAR SPOILER |
| CRUISE CONTROL | FM RADIO | POWER BRAKES | **WHEELS** |
| INTERMITTENT WIPERS | STEREO | ANTI-LOCK BRAKES (4) | 4-WHEEL DISC BRAKES |
| TILT WHEEL | SEARCH/SEEK | **GLASS & MIRRORS** | ALUMINUM/ALLOY WHEELS |
| TELESCOPIC WHEEL | CD PLAYER | DUAL MIRRORS | LOCKING WHEELS |
| STEERING WHEEL TOUCH CONTROLS | AUXILIARY AUDIO CONNECTION | SIGNAL INTEGRATED MIRRORS | |

DEFENDANT'S EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
12B

# RO Number: P137142

2016 HYUN Tucson Eco AWD 4D UTV 4-1.6L Turbocharged Gasoline Gasoline Direct Injection BROWN-NN5

| Line | | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | **REAR BUMPER** | | | | | | | |
| 2 | * | S01 | R&I | R&I bumper assy- partial drop | | | | 0.7 | |
| 3 | | **REAR LAMPS** | | | | | | | |
| 4 | | | R&I | LT Tail lamp assy | | | | 0.4 | |
| 5 | | **QUARTER PANEL** | | | | | | | |
| 6 | * | S01 | Rpr | LT Quarter panel to 12/31/2015 | | | | 5.0 | 1.5 |
| | | | | Note: blend within panel with full cc. time for roof rail added separately. | | | | | |
| 7 | * | S01 | | Add for Clear Coat | | | | | 1.0 |
| 8 | # | S01 | Refn | Up & Over Clearcoating (No Cut off Point) QTR PNL | | | | | 0.5 |
| 9 | | | R&I | Fuel door | | | | 0.5 | |
| 10 | | | R&I | Fuel pocket | | | | 0.3 | |
| 11 | | | R&I | LT Wheelhouse liner | | | | 0.4 | |
| 12 | | | R&I | LT Wheel opng mldg | | | | 0.4 | |
| 13 | | S02 | Repl | LT Wheel opng mldg clip | 877561F000 | 6 | 30.12 | | |
| 14 | | | R&I | LT Quarter glass Hyundai w/black molding | | | | 1.2 | |
| 15 | | | R&I | LT Upper qtr trim beige | | | | 0.3 | |
| 16 | # | S02 | Repl | pillar molding clip | 8581837000 | 3 | 15.00 | | |
| 17 | | **REAR DOOR** | | | | | | | |
| 18 | * | | Rpr | LT Outer panel | | | | 2.5 | 2.1 |
| 19 | | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 20 | | | | Add for Clear Coat | | | | | 0.3 |
| 21 | | | R&I | LT Belt molding black | | | | 0.3 | |
| 22 | | | R&I | LT Lower molding | | | | 0.4 | |
| 23 | | S02 | Repl | LT Lower molding clip | 877561F000 | 11 | 55.22 | | |
| 24 | # | S02 | Repl | film rr dr | 87539d3000 | 1 | 29.90 | | |
| 25 | | | R&I | LT Handle, outside primed | | | | 0.4 | |
| 26 | | | R&I | LT R&I trim panel | | | | 0.4 | |
| 27 | | **ROOF** | | | | | | | |
| 28 | | | R&I | LT Roof rail w/o sunroof | | | | 0.8 | |
| 29 | | **WHEELS** | | | | | | | |
| 30 | | S01 | Repl | Center cap 17" wheel | 529602S250 | 1 | 21.68 | | |
| 31 | # | S02 | Repl | LT/Rear Tire Starfire Solarus AS 225/60/17 B45% | | 1 | 85.67 | | 0.3 |
| | | | | Note: C Adam Toney | | | | | |
| | | | | Betterment applies - original wheel tread depth was 6/32 | | | | | |
| 32 | # | | Rpr | MOUNT & BALANCE | | | | 0.3 | |
| 33 | # | | Repl | VALVE STEM | | 1 | 5.66 | | |
| 34 | | S02 | Repl | Wheel nut | 5295014140 | 1 | 5.68 | | |
| 35 | | **MISCELLANEOUS OPERATIONS** | | | | | | | |
| 36 | # | S01 | | Restore Corrosion Protection | | 1 | 10.00  T | 0.2 | |

**Supplement of Record 2 with Summary**

**RO Number: P137142**

2016 HYUN Tucson Eco AWD 4D UTV 4-1.6L Turbocharged Gasoline Gasoline Direct Injection BROWN-NN5

| 37 | # | S01 |     | Expense for Covid-19 Disinfecting |               | 1 | 15.00 | 0.5  |     |
|----|---|-----|-----|------------------------------------|---------------|---|-------|------|-----|
| 38 | # | S01 | Rpr | Cover Car/Bagging                  |               |   |       |      | 0.2 |
| 39 | # | S01 |     | Supplement E-Signature - Joshua Nunez License #938570 |  | 1 |       |      |     |
| 40 |   |     |     |                                    | OTHER CHARGES |   |       |      |     |
| 41 | # | S01 |     |                                    | E.P.C.        | 1 | 3.00  |      |     |
|    |   |     |     |                                    | **SUBTOTALS** |   | **276.93** | **15.0** | **5.5** |

## NOTES

Estimate Notes:
Copy of Estimate was furnished to the owner of the vehicle and repair shop

Prior Damage Notes:
LF AND LR DOOR SCRATCHED, HOOD AND R QTR DENTED, RF LOWER MLDG BROKEN, WINDSHIELD CRACKED

### ESTIMATE TOTALS

| Category       | Basis      |   | Rate         | Cost $   |
|----------------|------------|---|--------------|----------|
| Parts          |            |   |              | 263.93   |
| Body Labor     | 15.0 hrs   | @ | $ 50.00 /hr  | 750.00   |
| Paint Labor    | 5.5 hrs    | @ | $ 50.00 /hr  | 275.00   |
| Paint Supplies | 5.5 hrs    | @ | $ 38.00 /hr  | 209.00   |
| Body Supplies  | 7.8 hrs    | @ | $ 20.00 /hr  | 156.00   |
| Miscellaneous  |            |   |              | 10.00    |
| Other Charges  |            |   |              | 3.00     |
| Subtotal       |            |   |              | 1,666.93 |
| Sales Tax      | $ 1,510.93 | @ | 6.0000 %     | 90.66    |
| **Grand Total** |           |   |              | **1,757.59** |
| Deductible     |            |   |              | 500.00   |
| LT/Rear Tire Starfire Solarus AS 225/60/17 B45% | | | | 40.86 |
| **CUSTOMER PAY** |          |   |              | **540.86** |
| **INSURANCE PAY** |         |   |              | **1,216.73** |

**RO Number: P137142**

2016 HYUN Tucson Eco AWD 4D UTV 4-1.6L Turbocharged Gasoline Gasoline Direct Injection BROWN-NN5

## SUPPLEMENT SUMMARY

| Line | | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|---|
| **Changed Items** | | | | | | | | | |
| 13 | * | S01 | Repl | LT Wheel opng mldg clip | 877561F000 | 6 | -3.00 | | |
| 13 | | S02 | Repl | LT Wheel opng mldg clip | 877561F000 | 6 | 30.12 | | |
| 22 | * | S01 | Repl | LT Lower molding clip | 877561F000 | 11 | -5.50 | | |
| 23 | | S02 | Repl | LT Lower molding clip | 877561F000 | 11 | 55.22 | | |
| 30 | # | S01 | Repl | LT/Rear Tire Starfire Solarus AS 225/60/17 B45% | | 1 | -68.50 | | -0.3 |
| | | | | NOTE: C Adam Toney | | | | | |
| | | | | Betterment applies - original wheel tread depth was 6/32 | | | | | |
| 31 | # | S02 | Repl | LT/Rear Tire Starfire Solarus AS 225/60/17 B45% | | 1 | 85.67 | | 0.3 |
| | | | | NOTE: C Adam Toney | | | | | |
| | | | | Betterment applies - original wheel tread depth was 6/32 | | | | | |
| **Deleted Items** | | | | | | | | | |
| 23 | ** | S01 | Repl | A/M LT Stone guard | 87539D3000 | 1 | -14.21 | -0.2 | |
| **Added Items** | | | | | | | | | |
| 16 | # | S02 | Repl | pillar molding clip | 8581837000 | 3 | 15.00 | | |
| 24 | # | S02 | Repl | film rr dr | 87539d3000 | 1 | 29.90 | | |
| 34 | | S02 | Repl | Wheel nut | 5295014140 | 1 | 5.68 | | |
| | | | | | **SUBTOTALS** | | 130.38 | -0.2 | 0.0 |

### TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 130.38 |
| Body Labor | -0.2 hrs | @ | $ 50.00 /hr | -10.00 |
| Body Supplies | -0.2 hrs | @ | $ 20.00 /hr | -4.00 |
| Subtotal | | | | 116.38 |
| Sales Tax | $ 120.38 | @ | 6.0000 % | 7.22 |
| Additional Supplement Taxes | | | | 0.01 |
| **Total Supplement Amount** | | | | 123.61 |
| Supplement Adjustments | | | | 8.19 |
| **NET COST OF SUPPLEMENT** | | | | 115.42 |

**RO Number: P137142**

2016 HYUN Tucson Eco AWD 4D UTV 4-1.6L Turbocharged Gasoline Gasoline Direct Injection BROWN-NN5

## CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---:|---|
| Estimate | 2,240.40 | JEREMY SAULS |
| Supplement S01 | -606.42 | JEREMY SAULS |
| Supplement S02 | 123.61 | JEREMY SAULS |
| **Job Total:** | **$ 1,757.59** | |
| **CUSTOMER PAY:** | **$ 540.86** | |
| **INSURANCE PAY:** | **$ 1,216.73** | |

ALL VEHICLES INVOLVED IN A COLLISION WILL REQUIRE A PRE AND POST SCAN EVALUATION PERFORMED PER MAUNFACTURER RECOMMENDATIONS FOR DIAGNOSTICS ON COMPUTER SYSTEMS.

ESTIMATE IS BASED ON A VISIBLE DAMAGE INSPECTION ONLY. UPON STARTING REPAIRS,THE POSSIBILITY OF HIDDEN DAMAGE MAY REQUIRE ADDITIONAL PARTS AND OR LABOR NECESSARY TO COMPLETE THE REPAIRS.

2 BROTHERS COLLISION OFFERS A WRITTEN NATIONAL LIMITED LIFETIME REPAIR WARRANTY FOR WORKMANSHIP INCLUDING REFINISHING FOR ALL COMPLETED REPAIRS FOR AS LONG AS THE CUSTOMER OWN THE VEHICLE. WORKMANSHIP INCLUDES ANY BODY,PAINT,AND OTHER REPAIR PEFORMED AT SHOP. THERE WILL BE NO WARRANTY ON ANY PRIOR DAMAGES SUCH AS ROCK CHIPS,RUST,ETC. IF RUST IS REPAIRED DUE TO ANOTHER COLLISION OR ACCIDENT THE RUST REPAIRED WILL NOT BE WARRANTIED.

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AFTERMARKET CRASH PARTS THAT ARE NOT MANUFACTURED BY THE ORIGINAL MANUFACTURER OF THE VEHICLE OR BY THE MANUFACTURER AUTHORIZED BY THE ORIGINAL MANUFACTURER TO USE ITS NAME OR TRADEMARK. THE USE OF AN AFTERMARKET CRASH PART MAY INVALIDATE ANY REMAINING WARRANTIES OF THE ORIGINAL MANUFACTURER ON THAT CRASH PART.

**RO Number: P137142**

2016 HYUN Tucson Eco AWD 4D UTV 4-1.6L Turbocharged Gasoline Gasoline Direct Injection BROWN-NN5

No Supplement will be honored unless authorized by GEICO.

NOTICE: Vehicles constructed of special metals may require the use of specialized welding and bonding equipment. Proper measuring and structural repair systems are required on today's vehicle to accurately accomplish vehicle repairs. Make sure your shop has the proper equipment to repair your vehicle.

ALTERNATE PARTS DISCLAIMER:
IF A QUALITY REPLACEMENT PART (A/M, LKQ, RECOND OR OPT OEM) APPEARS ON THIS ESTIMATE, IT INDICATES THAT THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF ONE OR MORE CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. GUARANTEES, IF ANY, APPLICABLE TO THESE REPLACEMENT CRASH PARTS ARE PROVIDED BY THE PART MANUFACTURER OR DISTRIBUTOR RATHER THAN BY THE MANUFACTURER OF YOUR VEHICLE.

***IN ADDITION TO ANY SUCH GUARANTEES, GEICO PROVIDES THE FOLLOWING:
****OWNER LIMITED GUARANTEE**** WE GUARANTEE THAT ALL QUALITY REPLACEMENT BODY PARTS (PARTS NOT MANUFACTURED BY THE MANUFACTURER) IDENTIFIED ON YOUR ESTIMATE, ARE FREE OF DEFECTS IN MATERIAL AND WORKMANSHIP AND MEET GENERALLY ACCEPTED INDUSTRY STANDARDS. THIS PARTS AND LABOR GUARANTEE WILL BE IN EFFECT FOR AS LONG AS YOU OWN THE VEHICLE DESCRIBED IN THE ESTIMATE. THIS GUARANTEE COVERS THE COST OF THE PART, LABOR TO INSTALL, AND INCIDENTALS SUCH AS PAINT AND MATERIALS AND IS SPECIFICALLY LIMITED TO THOSE ITEMS. THIS GUARANTEE DOES NOT COVER LOSS OR DAMAGE THAT IS UNRELATED TO DEFECTS IN THE QUALITY REPLACEMENT PARTS. THIS IS NOT TRANSFERABLE. IF ANY QUALITY REPLACEMENT PARTS ARE DEFECTIVE IN EITHER MATERIAL OR WORKMANSHIP, CONTACT YOUR LOCAL GEICO REPRESENTATIVE.

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**RO Number: P137142**
2016 HYUN Tucson Eco AWD 4D UTV 4-1.6L Turbocharged Gasoline Gasoline Direct Injection BROWN-NN5

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ARR1002, CCC Data Date 06/16/2020, and potentially other third party sources of data; and (b) the parts presented are OEM-parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2020 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.