## Event History

| Date/Time | Completed By | Event | Document Number | Comments |
|---|---|---|---|---|
| 07/14/2020 08:24 AM | TESA BAILEY | Task Completed - Miscellaneous | | |
| 07/14/2020 08:24 AM | TESA BAILEY | Task Due Date Changed - Miscellaneous | | |
| 07/14/2020 08:24 AM | TESA BAILEY | Repair Order closed with a close date of 07/14/2020 | | |
| 07/14/2020 08:23 AM | TESA BAILEY | Repair Order updated | | |
| 07/14/2020 08:23 AM | TESA BAILEY | Workfile state changed. | | Workfile state converted from open to closed. |
| 07/14/2020 08:23 AM | TESA BAILEY | Invoice created for C ADAM TONEY TIRES | 4147434 | |
| 07/13/2020 04:02 PM | GARY CHURCH | Repair Order updated | | |
| 07/13/2020 04:02 PM | GARY CHURCH | Task Reassigned - Miscellaneous | | |
| 07/13/2020 04:02 PM | GARY CHURCH | Task Due Date Changed - Miscellaneous | | |
| 07/13/2020 04:02 PM | GARY CHURCH | Task Created - Miscellaneous | | |
| 07/13/2020 04:02 PM | GARY CHURCH | Task Comments Updated - Miscellaneous | | |
| 07/13/2020 03:50 PM | GARY CHURCH | Repair Order updated | | |
| 07/13/2020 12:56 PM | TESA BAILEY | Receipt updated - GEICO | P137142-CP-002 | |
| 07/13/2020 12:55 PM | TESA BAILEY | Repair Order updated | | |
| 07/13/2020 12:55 PM | TESA BAILEY | Task Created - Miscellaneous | | |
| 07/13/2020 12:35 PM | TESA BAILEY | Receipt created for GEICO | P137142-CP-002 | |
| 07/07/2020 02:18 PM | JEREMY SAULS | Repair Order updated | | |
| 07/07/2020 02:18 PM | JEREMY SAULS | Repair Order updated | | |
| 07/07/2020 02:17 PM | JEREMY SAULS | GEICO, JOSHUA NUNEZ, 938570 | | |
| 07/07/2020 02:17 PM | JEREMY SAULS | Change request accepted. | | |
| 07/07/2020 02:17 PM | JEREMY SAULS | Repair Order updated | | |
| 07/07/2020 02:17 PM | JEREMY SAULS | Workfile data copy was placed in the Out Box. | | |
| 07/07/2020 02:17 PM | JEREMY SAULS | Estimate report file created. | | |
| 07/07/2020 02:17 PM | JEREMY SAULS | Supplement of Record 3 created. | | Supplement of Record 3 created. |
| 07/07/2020 02:17 PM | JEREMY SAULS | Advisor report on estimate received | | |
| 07/07/2020 02:17 PM | JEREMY SAULS | Advisor report on estimate requested | | |
| 07/07/2020 02:17 PM | JEREMY SAULS | Preliminary Supplement 3 Created. | | Preliminary Supplement 3 Created. |
| 07/07/2020 02:17 PM | JEREMY SAULS | Repair Order updated | | |
| 07/07/2020 02:01 PM | System User | Change request received from GEICO. | | |
| 06/18/2020 04:30 PM | JEREMY SAULS | Promise Date | | |
| 06/18/2020 12:33 PM | TESA BAILEY | Estimate report file created. | | |
| 06/18/2020 12:33 PM | TESA BAILEY | Image Workfile created. | | |
| 06/18/2020 12:33 PM | TESA BAILEY | Workfile data copy was placed in the Out Box. | | |
| 06/18/2020 12:33 PM | TESA BAILEY | Supplement of Record 2 created. | | Supplement of Record 2 created. |
| 06/18/2020 12:33 PM | TESA BAILEY | Advisor report on estimate requested | | |

Page 1 of 10

7/18/2022 9:17:35 AM

DEFENDANT'S EXHIBIT USA vs Larry Clay 2:21-cr-00062-1 12C

# Event History

| Date/Time | Completed By | Event | Document Number | Comments |
|---|---|---|---|---|
| 06/18/2020 12:33 PM | TESA BAILEY | Advisor report on estimate received | | |
| 06/18/2020 12:33 PM | TESA BAILEY | Repair Order updated | | |
| 06/18/2020 12:32 PM | TESA BAILEY | Repair Order updated | | |
| 06/18/2020 12:02 PM | TESA BAILEY | Repair Order updated | | |
| 06/18/2020 12:02 PM | TESA BAILEY | Final Bill Indicator | | |
| 06/18/2020 12:02 PM | TESA BAILEY | Repair Order updated | | |
| 06/16/2020 09:04 AM | TESA BAILEY | Repair Order updated | | |
| 06/16/2020 07:59 AM | RYAN MEADOWS | Repair Order updated | | |
| 06/16/2020 07:57 AM | RYAN MEADOWS | Repair Order updated | | |
| 06/16/2020 07:57 AM | RYAN MEADOWS | Labor Assignment updated for ALEX WARD | | |
| 06/15/2020 05:05 PM | TESA BAILEY | Repair Order updated | | |
| 06/15/2020 04:34 PM | TESA BAILEY | Receipt updated - Legg, Charles | P137142-CP-001 | |
| 06/15/2020 04:28 PM | TESA BAILEY | Repair Order updated | | |
| 06/15/2020 04:27 PM | TESA BAILEY | Repair Order updated | | |
| 06/15/2020 04:27 PM | TESA BAILEY | Invoice voided for C ADAM TONEY TIRES | 4147434 | |
| 06/15/2020 04:18 PM | TESA BAILEY | Labor Assignment updated for ALEX WARD | | |
| 06/15/2020 04:17 PM | TESA BAILEY | Labor Assignment updated for ALEX WARD | | |
| 06/15/2020 04:16 PM | TESA BAILEY | Invoice created for In-House Stock | 1.0310.034 | |
| 06/15/2020 03:15 PM | TESA BAILEY | Repair Order updated | | |
| 06/15/2020 03:13 PM | TESA BAILEY | Repair Order updated | | |
| 06/15/2020 03:11 PM | TESA BAILEY | Repair Order updated | | |
| 06/15/2020 03:11 PM | TESA BAILEY | Repair Order updated | | |
| 06/15/2020 03:11 PM | TESA BAILEY | Repair Order updated | | |
| 06/15/2020 03:03 PM | TESA BAILEY ` | Repair Order updated | | |
| 06/15/2020 03:03 PM | TESA BAILEY | Repair Order updated | | |
| 06/15/2020 02:03 PM | TESA BAILEY | Repair Order updated | | |
| 06/15/2020 02:03 PM | TESA BAILEY | Receipt created for Legg, Charles | P137142-CP-001 | |
| 06/15/2020 02:00 PM | TESA BAILEY | Vehicle Pick Up/Return Date | | |
| 06/15/2020 02:00 PM | TESA BAILEY | Task Due Date Changed - Vehicle Out | | |
| 06/15/2020 02:00 PM | TESA BAILEY | Repair Order updated | | |
| 06/15/2020 02:00 PM | TESA BAILEY | Task Completed - Vehicle Out | | |
| 06/15/2020 02:00 PM | TESA BAILEY | Repair Order updated | | |
| 06/12/2020 04:00 PM | TESA BAILEY | Repair Order updated | | |
| 06/12/2020 04:00 PM | TESA BAILEY | Task Completed - Repairs Completed | | |
| 06/12/2020 04:00 PM | TESA BAILEY | Task Due Date Changed - Repairs Completed | | |

7/18/2022 9:17:35 AM

# Event History

| Date/Time | Completed By | Event | Document Number | Comments |
|---|---|---|---|---|
| 06/12/2020 03:52 PM | TESA BAILEY | Repair Order updated | | |
| 06/12/2020 03:51 PM | TESA BAILEY | Workfile updated with part changes. | | |
| 06/12/2020 03:48 PM | TESA BAILEY | Repair Work Completed | | |
| 06/12/2020 02:48 PM | GARY CHURCH | Repair Order updated | | |
| 06/12/2020 02:48 PM | GARY CHURCH | Invoice created for HOMETOWN HYUNDAI | 35013290 | |
| 06/12/2020 02:47 PM | GARY CHURCH | Repair Order updated | | |
| 06/12/2020 02:41 PM | GARY CHURCH | Repair Order updated | | |
| 06/12/2020 02:41 PM | GARY CHURCH | Invoice created for C ADAM TONEY TIRES | 35013291 | |
| 06/12/2020 02:39 PM | GARY CHURCH | Repair Order updated | | |
| 06/12/2020 02:37 PM | GARY CHURCH | Repair Order updated | | |
| 06/12/2020 02:35 PM | GARY CHURCH | Repair Order updated | | |
| 06/12/2020 02:35 PM | GARY CHURCH | Invoice created for HOMETOWN HYUNDAI | 35013293 | |
| 06/12/2020 02:34 PM | GARY CHURCH | Repair Order updated | | |
| 06/12/2020 10:43 AM | GARY CHURCH | Repair Order updated | | |
| 06/12/2020 03:53 PM | GARY CHURCH | Repair Order updated | | |
| 06/11/2020 03:53 PM | GARY CHURCH | Invoice created for C ADAM TONEY TIRES | 4147434 | |
| 06/11/2020 03:52 PM | GARY CHURCH | Preliminary Supplement 2 Created. | | Preliminary Supplement 2 Created. |
| 06/11/2020 03:52 PM | GARY CHURCH | Repair Order updated | | |
| 06/10/2020 07:46 AM | GARY CHURCH | Purchase Order created for HOMETOWN HYUNDAI | P137142-PO-001 | |
| 06/10/2020 07:44 AM | GARY CHURCH | Repair Order updated | | |
| 06/10/2020 08:29 AM | GARY CHURCH | Repair Order updated | | |
| 06/10/2020 08:24 AM | GARY CHURCH | Task Completed - Order Parts | | |
| 06/10/2020 08:24 AM | GARY CHURCH | Task Due Date Changed - Order Parts | | |
| 06/10/2020 08:22 AM | RYAN MEADOWS | Labor Assignment created for MECHANIC MECHANIC | | |
| 06/10/2020 08:22 AM | GARY CHURCH | Purchase Order created for C ADAM TONEY TIRES | P137142-PO-002 | |
| 06/10/2020 08:21 AM | GARY CHURCH | Repair Order updated | | |
| 06/09/2020 05:47 PM | RYAN MEADOWS | Repair Order updated | | |
| 06/09/2020 05:46 PM | RYAN MEADOWS | Labor Assignment created for JERRY BELCHER | | |
| 06/09/2020 05:46 PM | RYAN MEADOWS | Labor Assignment created for WES JR PERKINS | | |
| 06/09/2020 05:07 PM | RYAN MEADOWS | Supplement of Record 1 was first printed. | | |

7/18/2022 9:17:35 AM

# Event History

| Date/Time | Completed By | Event | Document Number | Comments |
|---|---|---|---|---|
| 06/09/2020 05:06 PM | RYAN MEADOWS | Labor Assignment created for ALEX WARD | | |
| 06/09/2020 05:06 PM | RYAN MEADOWS | Repair Order updated | | |
| 06/09/2020 05:06 PM | RYAN MEADOWS | Task Completed - Repairs Started | | |
| 06/09/2020 05:06 PM | RYAN MEADOWS | Repair Order updated | | |
| 06/09/2020 05:06 PM | RYAN MEADOWS | GEICO, JOSHUA NUNEZ, 938570 | | |
| 06/09/2020 05:06 PM | RYAN MEADOWS | Task Due Date Changed - Repairs Completed | | |
| 06/09/2020 05:06 PM | RYAN MEADOWS | Repair Order updated | | |
| 06/09/2020 05:06 PM | RYAN MEADOWS | Supplement of Record 1 created. | | Supplement of Record 1 created. |
| 06/09/2020 05:06 PM | RYAN MEADOWS | Estimate report file created. | | |
| 06/09/2020 05:06 PM | RYAN MEADOWS | Preliminary Supplement 1 Created. | | Preliminary Supplement 1 Created. |
| 06/09/2020 05:05 PM | RYAN MEADOWS | Repair Order updated | | |
| 06/09/2020 05:05 PM | RYAN MEADOWS | Advisor report on estimate received | | |
| 06/09/2020 05:05 PM | RYAN MEADOWS | Advisor report on estimate requested | | |
| 06/09/2020 05:05 PM | RYAN MEADOWS | Workfile data copy was placed in the Out Box. | | |
| 06/09/2020 05:05 PM | RYAN MEADOWS | Repair Order updated | | |
| 06/09/2020 05:05 PM | RYAN MEADOWS | Task Created - Order Parts | | |
| 06/09/2020 09:07 AM | RYAN MEADOWS | Repair Order updated | | |
| 06/09/2020 01:08 PM | JEREMY SAULS | Repair Order updated | | |
| 06/09/2020 01:19 PM | JEREMY SAULS | Repair Order updated | | |
| 06/09/2020 04:44 PM | System User | Change request received from GEICO. | | |
| 06/09/2020 05:05 PM | RYAN MEADOWS | Change request accepted. | | |
| 06/09/2020 05:05 PM | RYAN MEADOWS | Repair Order updated | | |
| 06/09/2020 04:58 PM | JEREMY SAULS | Repair Order updated | | |
| 06/08/2020 03:39 PM | JEREMY SAULS | Workfile data copy was placed in the Out Box. | | |
| 06/08/2020 03:39 PM | JEREMY SAULS | Image Workfile created. | | |
| 06/08/2020 03:39 PM | JEREMY SAULS | Estimate report file created. | | |
| 06/08/2020 03:39 PM | JEREMY SAULS | Estimate of Record created. | | |
| 06/08/2020 03:39 PM | JEREMY SAULS | Advisor report on estimate requested | | |
| 06/08/2020 03:39 PM | JEREMY SAULS | Advisor report on estimate received | | |
| 06/08/2020 03:38 PM | JEREMY SAULS | Repair Order updated | | |
| 06/08/2020 03:38 PM | JEREMY SAULS | Repair Order updated | | |
| 06/08/2020 03:38 PM | JEREMY SAULS | Task Completed - Vehicle In | | |
| 06/08/2020 03:36 PM | JEREMY SAULS | Repair Order updated | | |
| 06/08/2020 03:12 PM | JEREMY SAULS | First preliminary estimate line written. | | |

7/18/2022 9:17:35 AM

# Event History

| Date/Time | Completed By | Event | Document Number | Comments |
|---|---|---|---|---|
| 06/08/2020 03:09 PM | JEREMY SAULS | Repair Order updated | | |
| 06/08/2020 02:49 PM | JEREMY SAULS | Repair Order updated | | |
| 06/08/2020 02:41 PM | JEREMY SAULS | Repair Order updated | | |
| 06/08/2020 12:30 PM | JEREMY SAULS | Repair Work Started | | |
| 06/08/2020 12:00 PM | JEREMY SAULS | Vehicle Drop Off Date | | |
| 06/08/2020 11:43 AM | JEREMY SAULS | Repair Order updated | | |
| 06/08/2020 11:42 AM | JEREMY SAULS | Opportunity converted to repair order | | |
| 06/08/2020 11:42 AM | JEREMY SAULS | Estimator assigned - JEREMY SAULS | | |
| 06/08/2020 11:37 AM | JEREMY SAULS | Communication Preference updated - Call: (540) 335-2511 | | |
| 06/08/2020 11:10 AM | RACHEL MEADOWS | Workfile state changed. | | Workfile state converted from preliminary to open. |
| 06/08/2020 11:09 AM | RACHEL MEADOWS | Workfile Created. | | Workfile was created. |
| 06/08/2020 11:09 AM | RACHEL BOWYER | Communication Preference updated - [None] | | |
| 06/08/2020 11:09 AM | RACHEL BOWYER | Payer Type updated - Insurance Company | | |
| 06/08/2020 11:09 AM | RACHEL BOWYER | Insurance Company updated - GEICO | | |
| 06/07/2020 11:47 AM | RACHEL MEADOWS | Assignment Retrieved. | | |
| 06/07/2020 12:00 AM | RACHEL MEADOWS | Date assigned. | | |

7/18/2022 9:17:35 AM

# Event History

| Event Source | Status |
|---|---|
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| FCO | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | Void |
| System Generated | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| System Generated | |
| | |
| | |
| System Generated | |

7/18/2022 9:17:35 AM

| Event History | | |
|---|---|---|
| Event Source | System Generated | Status |
| GEICO | | |
| GEICO | | |

7/18/2022 9:17:35 AM

## Event History

| Event Source | Status |
|---|---|
| System Generated | |
| System Generated | |
| FICO | |
| System Generated | |

7/18/2022 9:17:35 AM

7/18/2022 9:17:35 AM

## Event History

| Event Source | Status |
| --- | --- |
| System Generated | |
| | |
| | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| System Generated | |
| | Void |
| | |

**Event History**

| Event Source | Status |
|---|---|
| System Generated | |
| System Generated | |
| | |
| | |
| System Generated | |
| System Generated | |
| | |
| | |
| | |
| GEICO | |
| GEICO | |
| | |

7/18/2022 9:17:35 AM