GEICO

**Rental Company:** Enterprise Rent-A-Car
**Invoice:** 6835D9BBF01
**Alternate Invoice Number:** 9BBF01

**Bill To:** GEI16FB
GEICO
ATTN:JOSHUA CZB9-NUNEZ
1 GEICO BLVD
FREDERICKSBURG, VA 224129000

**RENTER INFORMATION:**
Renter: LEGG,CHARLES
Address: 98 JACKSON ST
GAULEY BRIDGE, WV 250850725
Home Phone: (540) 335-2511
Office Phone:

**RENTAL INFORMATION:**
**Rental Branch Location:**
ENTERPRISE RENT-A-CAR(6835)
378 CANTERBURY DRIVE
BECKLEY, WV 258013108

**RENTAL DETAIL:**
Rental Period: 06/08/2020 to 06/15/2020 (8 days)
Billed Period: 06/08/2020 to 06/15/2020 (8 days)

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| TIME & DISTANCE | 8 | $26.00 | $208.00 |
| REFUELING CHARGE | 12 | $3.75 | $45.00 |
| WV RENTAL CAR TAX | 8 | $1.00 | $8.00 |
| VEHICLE LICENSE COST RECOVERY | 8 | $1.00 | $8.00 |
| SALES TAX | 1 | 7.00% | $15.12 |

Total Charges: $284.12
Less Amount Received: $45.00
Total Amount Due: $239.12

**ADDITIONAL CLAIM INFORMATION:**
Claim Number: 065047536010101601
Claim Type: Insured
Vehicle Condition: Driveable
Date Of Loss: 05/17/2020
Insured Name: LEGG,CHARLES
Owner's Vehicle: 2016 OTHER|HYUNDAI
Assign type: Xpress Driveable
ClaimNumber: 0650475360101016
IPNumber: 01
Internet Self Serve: No
Days To Repair: 8
RenterName: CHARLESLEGG
NumberofDaysAuthorized: 0
Invoice Target: ATLAS
Source: PD
Shop Code:
Automated Extension:
Line of Business: APV
Class Segment:
CatActive: False
CatIndicator: False
CatCode: NULL

**Repair Facility:**
2 BROTHERS COLLISION_RALEIGH HI
BECKLEY, WV 25801
(304) 894-8722

**VEHICLES RENTED:**

| Effective Date | Time | Year | Make | Model | VIN | Mileage |
|---|---|---|---|---|---|---|
| 06/08/2020 | 12:09 PM | 2019 | FORD | FUSI | 3FA6P0CD8KR269604 | 866 |


DEFENDANT'S EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
12D

# Rental Invoice

Please Return This Portion with Remittance

**Make Payment To:**
**ENTERPRISE RENT-A-CAR**
P.O. BOX 840086
KANSAS CITY, MO 641840086
Federal ID: 43-0724835

| | |
|---|---:|
| **Total Charges:** | $284.12 |
| **Less Amount Received:** | $45.00 |
| **Total Amount Due...........** | **$239.12** |

Please Include on your Check:
Invoice:6835D9BBF01