

# FAYETTE COUNTY SHERIFF'S OFFICE

Sheriff M.A. Fridley, Chief Deputy R.K. Perdue, II, http: FayetteSheriffWV.Net
P.O. Box 509 Fayetteville, West Virginia 25840, 304-574-4216, Fax: 304-574-2796

Case # _____

## VOLUNTARY CONSENT TO SEARCH

My name is <u>Detective-Corporal James M. Pack</u> of the Sheriff's Department, Fayette County, West Virginia, and I am investigating a complaint concerning <u>Sexual Assault</u>. I would like to have your permission to search your <u>Cell Phone - iPhone 6s Plus Model # MKVU2LL/A, Serial # FCDQX6MVGRWQ, IMEI # 353286075561470 #(304) 362-2296 Passcode - Removed</u>

for <u>Any and all pictures, videos, emails, documents, images, records of internet use, down loads, stored files, any information stored on the computer or cell phone reasonably believed to be connected.</u>

You have a constitutional right to refuse my request.
    If you give me permission to search the areas described above, anything found during the search can be confiscated and used against you in a criminal prosecution.
    If you give me permission to search the areas described above, you can verbally withdraw your consent at anytime and any further searching stops.
    The only way I can lawfully search the areas described above without your permission is with a search warrant and I do not have a search warrant.

Do you have any questions?    YES _____    NO __fc__ (Initial)

Do you understand all of your rights set forth on this form?
YES __fc__    NO _____ (Initial)

Now that you have been advised of and understand your rights, do you wish to freely and voluntarily give me permission to search the above specifically stated areas?

YES __fc__    NO _____ (Initial)

I, _____, have had this entire form read to me and I have read this entire form, I freely and voluntarily give my consent to search the above areas without any threats or promises of any kind being made to me. I further consent to the above named officer having other Officers assist in the search.

DATE: Sept. 22, 2020    TIME: 4:14 pm    SIGNATURE: _____

SSN: [redacted]    AGE: 54    LOCATION: Det Bureau

DATE: Sept. 22, 2020    TIME: 4:14 pm    UNIT NO: 10    OFFICER'S SIGNATURE AND RANK: M Pack Det/Cpl.

DATE: Sept. 22, 2020    TIME: 4:14 pm    UNIT NO: ___    OFFICER'S SIGNATURE AND RANK: J. Parrish Forensic Sp.

DEFENDANT'S EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
13

CLAY/LEGG - 00082