



## Extraction Report - Apple iPhone

### Participants

+13046732477
Clay*
3046732477
Clay*

### Conversation - Call Log (76)

**+13046732477 Clay**
Source: FaceTime
Type: Answered
00:46:03
4/28/2020 12:02:49 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16F81 (Table: ZCALLRECORD, Size:
921600 bytes)

**+13046732477 Clay**
Source: FaceTime
Type: Not answered
00:00:00
4/28/2020 1:08:39 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16EE4 (Table: ZCALLRECORD, Size:
921600 bytes)

**+13046732477 Clay**
Source: FaceTime
Type: Answered
00:07:26
4/28/2020 1:08:54 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16E42 (Table: ZCALLRECORD, Size:
921600 bytes)

**+13046732477 Clay**
Source: FaceTime
Type: Answered
00:25:06
4/28/2020 3:02:40 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16D9D (Table: ZCALLRECORD, Size:
921600 bytes)



DEFENDANT'S
EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
T6

+13046732477 Clay

Source: FaceTime
Type: Not answered
00:00:00

4/28/2020 3:28:19 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16CF4 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime
Type: Not answered
00:00:00

4/28/2020 3:52:27 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16C59 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime
Type: Not answered
00:00:00

4/28/2020 4:08:17 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16BD3 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime
Type: Not answered
00:00:00

4/28/2020 4:19:47 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16B58 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime
Type: Not answered
00:00:00

4/29/2020 11:08:48 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16AC0 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime
Type: Answered
00:41:17

4/29/2020 1:13:26 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16A1E (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00
4/29/2020 1:57:34 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16995 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00
4/29/2020 2:55:03 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1691A (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00
4/30/2020 2:37:27 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16896 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00
5/1/2020 5:32:36 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1680F (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00
5/1/2020 5:43:41 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x167B8 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:03:57
5/3/2020 1:47:55 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x166E5 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:04:55

5/3/2020 1:52:18 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16642 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Not answered

00:00:00

5/3/2020 6:22:41 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1659B (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:07:02

5/4/2020 11:38:15 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x164FA (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:53:57

5/4/2020 12:05:20 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x16455 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:21:50

5/4/2020 1:53:28 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x163B0 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:24:51

5/4/2020 2:26:36 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1630B (Table: ZCALLRECORD, Size: 921600 bytes)

CLAY-LEGG - 00170

4

+13046732477 Clay

Source: FaceTime

Type: Not answered

00:00:00

5/4/2020 4:16:59 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1626E (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Not answered

00:00:00

5/4/2020 5:23:17 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x161D5 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Not answered

00:00:00

5/4/2020 5:57:41 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1613C (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:00:39

5/5/2020 2:53:49 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1609B (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:08:10

5/5/2020 2:54:42 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x17F81 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Not answered

00:00:00

5/6/2020 3:43:02 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x17E5C (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:00:13

5/19/2020 5:11:50 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1790F (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:17:40

5/19/2020 5:12:03 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1786C (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:19:40

5/19/2020 7:16:20 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x177C7 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:06:08

5/20/2020 6:31:20 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x17660 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:35:00

5/24/2020 2:02:12 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x175BB (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:04:04

5/24/2020 2:54:07 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x17517 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:03:40

5/26/2020 5:21:37 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x17474 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00

6/25/2020 11:31:02 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x171EC (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:04:18

6/25/2020 11:52:07 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1714A (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:01:10

6/25/2020 11:56:45 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x170C5 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00

7/9/2020 2:37:09 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x18B07 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:11:58

7/15/2020 12:29:57 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x18546 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:11:05
7/15/2020 12:44:58 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x184A1 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:01:36
7/21/2020 2:46:59 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1810F (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:14:19
7/22/2020 3:15:16 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x19EC0 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:06:01
7/27/2020 7:07:52 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x19BFF (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:04:43
7/28/2020 9:52:21 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x19B5A (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00
7/29/2020 6:47:23 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x19ABF (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:01:00

8/6/2020 9:19:04 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1ACD4 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00

8/6/2020 9:26:00 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1AC38 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00

8/6/2020 9:26:30 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1AB9F (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:27:54

8/7/2020 8:07:27 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1AAFD (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:01:20

8/10/2020 5:22:52 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1AA58 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:04:45

8/10/2020 7:22:00 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A9B3 (Table: ZCALLRECORD, Size:
921600 bytes)

CLAY-LEGG - 00175

+13046732477 Clay

Source: FaceTime

Type: Not answered

00:00:00

8/11/2020 9:24:29 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A916 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Not answered

00:00:00

8/11/2020 9:33:04 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A870 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:01:45

8/11/2020 9:42:31 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A7CD (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:08:08

8/14/2020 2:21:33 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A728 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Not answered

00:00:00

8/14/2020 9:06:26 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A68B (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:08:30

8/17/2020 1:35:22 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A562 (Table: ZCALLRECORD, Size: 921600 bytes)

CLAY-LEGG - 00176

+13046732477 Clay
Source: FaceTime
Type: Answered
00:14:46

8/18/2020 11:54:17 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A420 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00

8/20/2020 1:30:48 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A2DA (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00

8/20/2020 1:31:44 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A234 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Answered
00:04:51

8/21/2020 6:55:26 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A192 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Source: FaceTime
Type: Not answered
00:00:00

8/22/2020 2:46:51 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1A0F5 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay
Type: Answered
00:05:37

8/24/2020 2:15:33 AM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1BD9A (Table: ZCALLRECORD, Size:
921600 bytes)



+13046732477 Clay

Source: FaceTime
Type: Not answered
00:00:00

8/25/2020 12:02:23 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1BBAD (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime
Type: Not answered
00:00:00

8/25/2020 12:03:21 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1B813 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime
Type: Not answered
00:00:00

8/25/2020 12:03:47 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1B779 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime
Type: Answered
00:38:01

8/25/2020 12:04:20 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1B6D6 (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime
Type: Not answered
00:00:00

8/25/2020 9:47:06 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1B44D (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime
Type: Answered
00:13:12

8/25/2020 9:47:09 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1B3AB (Table: ZCALLRECORD, Size:
921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:02:07

8/25/2020 10:01:02 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1B306 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:03:03

9/2/2020 5:12:30 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x1D6B1 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:02:17

9/15/2020 8:19:05 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x20766 (Table: ZCALLRECORD, Size: 921600 bytes)

3046732477 Clay

Type: Answered

00:00:01

9/17/2020 3:59:45 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x21462 (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Source: FaceTime

Type: Answered

00:07:27

9/22/2020 12:02:05 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x237CA (Table: ZCALLRECORD, Size: 921600 bytes)

+13046732477 Clay

Type: Answered

00:02:46

9/22/2020 7:08:08 PM(UTC+0)

Source Info:
Kristen/mobile/Library/CallHistoryDB/CallHistory.storedata : 0x23346 (Table: ZCALLRECORD, Size: 921600 bytes)