## Call Log (362)

* These details are cross-referenced from this device's contacts

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | **Direction:** Incoming **From** +13046732477 Clay* | 9/22/2020 3:08:08 PM (UTC-4) | 00:02:46 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** **Source Extraction:** Legacy | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |

DEFENDANT'S
EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
17

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | **Direction:** Incoming **From** +13046732477 Clay* | 9/22/2020 8:02:05 AM (UTC-4) | 00:07:27 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | **Direction:** Outgoing **To** 3046732477 Clay* | 9/17/2020 11:59:45 AM (UTC-4) | 00:00:01 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** ___ **Source Extraction:** Legacy | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 76 | | | | | | | | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | **Direction:** Incoming **From** +13046732477 Clay* | 9/15/2020 4:19:05 PM (UTC-4) | 00:02:17 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|-------------|---------|-----------|-------------|---------|
| 153 | | | | | | | | | |
| 154 | **Direction:** Incoming **From** +13046732477 Clay* | 9/2/2020 1:12:30 PM (UTC-4) | 00:03:03 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 155 | | | | | | | | | |
| 156 | | | | | | | | | |
| 157 | | | | | | | | | |
| 158 | | | | | | | | | |
| 159 | | | | | | | | | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 195 | | | | | | | | | |
| 196 | | | | | | | | | |
| 197 | | | | | | | | | |
| 198 | **Direction:** Incoming **From** +13046732477 Clay* | 8/25/2020 6:01:02 PM (UTC-4) | 00:02:07 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 199 | **Direction:** Incoming **From** +13046732477 Clay* | 8/25/2020 5:47:09 PM (UTC-4) | 00:13:12 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 200 | **Direction:** Incoming **From** +13046732477 Clay* | 8/25/2020 5:47:06 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 201 | | | | | | | | | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 202 | | | | | | | | | |
| 203 | | | | | | | | | |
| 204 | **Direction:** Incoming **From** +13046732477 Clay* | 8/25/2020 8:04:20 AM (UTC-4) | 00:38:01 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 205 | **Direction:** Outgoing **To** +13046732477 Clay* | 8/25/2020 8:03:47 AM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 206 | **Direction:** Incoming **From** +13046732477 Clay* | 8/25/2020 8:03:21 AM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 207 | **Direction:** Incoming **From** +13046732477 Clay* | 8/25/2020 8:02:23 AM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 208 | | | | | | | | | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 209 | | | | | | | | | |
| 210 | | | | | | | | | |
| 211 | | | | | | | | | |
| 212 | | | | | | | | | |
| 213 | | | | | | | | | |
| 214 | | | | | | | | | |
| 215 | **Direction:** Outgoing **To** +13046732477 Clay* | 8/23/2020 10:15:33 PM (UTC-4) | 00:05:37 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 216 | | | | | | | | | |
| 217 | | | | | | | | | |
| 218 | | | | | | | | | |
| 219 | **Direction:** Incoming **From** +13046732477 Clay* | 8/21/2020 10:52:14 PM (UTC-4) | 00:00:00 | Missed | us | **Network Name:** Unknown network (United States)* | | **Source:** **Source Extraction:** Legacy | Yes |
| 220 | **Direction:** Incoming **From** +13046732477 Clay* | 8/21/2020 10:46:51 PM (UTC-4) | 00:00:00 | Missed | us | **Network Name:** Unknown network (United States)* | | **Source:** FaceTime **Source Extraction:** Legacy | |
| 221 | | | | | | | | | Yes |
| 222 | **Direction:** Outgoing **To** 3046732477 Clay* | 8/21/2020 10:20:39 PM (UTC-4) | 00:00:02 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** **Source Extraction:** Legacy | Yes |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 223 | **Direction:** Outgoing **To** 3046732477 Clay* | 8/21/2020 10:20:08 PM (UTC-4) | 00:00:02 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** **Source Extraction:** Legacy | Yes |
| 224 | | | | | | | | | Yes |
| 225 | **Direction:** Incoming **From** +13046732477 Clay* | 8/21/2020 2:55:26 PM (UTC-4) | 00:04:51 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 226 | | | | | | | | | Yes |
| 227 | | | | | | | | | Yes |
| 228 | **Direction:** Outgoing **To** 3046732477 Clay* | 8/20/2020 8:21:28 PM (UTC-4) | 00:02:09 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** **Source Extraction:** Legacy | Yes |
| 229 | | | | | | | | | Yes |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 230 | | | | | | | | | Yes |
| 231 | | | | | | | | | Yes |
| 232 | | | | | | | | | Yes |
| 233 | | | | | | | | | Yes |
| 234 | | | | | | | | | Yes |
| 235 | **Direction:** Incoming **From** +13046732477 Clay* | 8/19/2020 9:40:18 PM (UTC-4) | 00:01:37 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** ___ **Source Extraction:** Legacy | Yes |
| 236 | **Direction:** Outgoing **To** 3046732477 Clay* | 8/19/2020 9:34:07 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | | **Source:** ___ **Source Extraction:** Legacy | Yes |

Extraction Report

Page 35 of 53

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 237 | **Direction:** Outgoing **To** 3046732477 Clay* | 8/19/2020 9:33:02 PM (UTC-4) | 00:00:02 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** **Source Extraction:** Legacy | Yes |
| 238 | **Direction:** Outgoing **To** 3046732477 Clay* | 8/19/2020 9:32:13 PM (UTC-4) | 00:00:00 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** **Source Extraction:** Legacy | Yes |
| 239 | **Direction:** Outgoing **To** +13046732477 Clay* | 8/19/2020 9:31:44 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 240 | **Direction:** Outgoing **To** 3046732477 Clay* | 8/19/2020 9:31:19 PM (UTC-4) | 00:00:02 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** **Source Extraction:** Legacy | Yes |
| 241 | **Direction:** Outgoing **To** +13046732477 Clay* | 8/19/2020 9:30:48 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 242 | **Direction:** Outgoing **To** 911 911* | 8/19/2020 9:30:06 PM (UTC-4) | 00:00:31 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** **Source Extraction:** Legacy | Yes |
| 243 | | | | | | | | | Yes |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|-----------|-------------|---------|
| 244 | | | | | | | | | Yes |
| 245 | | | | | | | | | Yes |
| 246 | | | | | | | | | Yes |
| 247 | | | | | | | | | Yes |
| 248 | | | | | | | | | |
| 249 | | | | | | | | | Yes |
| 250 | **Direction:** Incoming **From** +13046732477 Clay* | 8/18/2020 7:54:17 AM (UTC-4) | 00:14:46 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---|---|---|---|---|---|---|---|---|
| 251 | | | | | | | | | |
| 252 | **Direction:** Incoming **From** +13046732477 Clay* | 8/17/2020 9:35:22 AM (UTC-4) | 00:08:30 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 253 | | | | | | | | | |
| 254 | **Direction:** Incoming **From** +13046732477 Clay* | 8/14/2020 5:06:26 PM (UTC-4) | 00:00:00 | Missed | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 255 | **Direction:** Incoming **From** +13046732477 Clay* | 8/14/2020 10:21:33 AM (UTC-4) | 00:08:08 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 256 | **Direction:** Incoming **From** +13046732477 Clay* | 8/11/2020 5:42:31 PM (UTC-4) | 00:01:45 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 257 | **Direction:** Outgoing **To** +13046732477 Clay* | 8/11/2020 5:33:04 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 258 | **Direction:** Incoming **From** +13046732477 Clay* | 8/11/2020 5:24:29 PM (UTC-4) | 00:00:00 | Missed | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 259 | **Direction:** Incoming **From** +13046732477 Clay* | 8/10/2020 3:22:00 PM (UTC-4) | 00:04:45 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 260 | **Direction:** Incoming **From** +13046732477 Clay* | 8/10/2020 1:22:52 PM (UTC-4) | 00:01:20 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 261 | **Direction:** Incoming **From** +13046732477 Clay* | 8/7/2020 4:07:27 PM (UTC-4) | 00:27:54 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 262 | **Direction:** Incoming **From** +13046732477 Clay* | 8/6/2020 5:26:30 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 263 | **Direction:** Incoming **From** +13046732477 Clay* | 8/6/2020 5:26:00 PM (UTC-4) | 00:00:00 | Rejected | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 264 | **Direction:** Incoming **From** +13046732477 Clay* | 8/6/2020 5:19:04 PM (UTC-4) | 00:01:00 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 278 | | | | | | | | | |
| 279 | | | | | | | | | |
| 280 | | | | | | | | | |
| 281 | | | | | | | | | |
| 282 | | | | | | | | | |
| 283 | **Direction:** Outgoing **To** +13046732477 Clay* | 7/29/2020 2:47:23 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime ___ **Source Extraction:** Legacy | |
| 284 | **Direction:** Incoming **From** +13046732477 Clay* | 7/28/2020 5:52:21 PM (UTC-4) | 00:04:43 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** FaceTime ___ **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 285 | **Direction:** Incoming **From** +13046732477 Clay* | 7/27/2020 3:07:52 PM (UTC-4) | 00:06:01 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 286 | **Direction:** Incoming **From** +15403359000 C | 7/23/2020 1:02:15 PM (UTC-4) | 00:00:00 | Missed | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 287 | | | | | | | | | |
| 288 | | | | | | | | | |
| 289 | **Direction:** Incoming **From** +13046732477 Clay* | 7/22/2020 11:15:16 AM (UTC-4) | 00:14:19 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 290 | | | | | | | | | |
| 291 | **Direction:** Incoming **From** +13046732477 Clay* | 7/21/2020 10:46:59 AM (UTC-4) | 00:01:36 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|-----------|-------------|---------|
| 292 | | | | | | | | | |
| 293 | | | | | | | | | |
| 294 | | | | | | | | | |
| 295 | | | | | | | | | |
| 296 | **Direction:** Incoming **From** +13046732477 Clay* | 7/15/2020 8:44:58 AM (UTC-4) | 00:11:05 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | Source: FaceTime **Source Extraction:** Legacy | |
| 297 | **Direction:** Incoming **From** +13046732477 Clay* | 7/15/2020 8:29:57 AM (UTC-4) | 00:11:58 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | Source: FaceTime **Source Extraction:** Legacy | |
| 298 | | | | | | | | | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|-----------|-------------|---------|
| 299 | | | | | | | | | |
| 300 | | | | | | | | | |
| 301 | | | | | | | | | |
| 302 | | | | | | | | | |
| 303 | | | | | | | | | |
| 304 | | | | | | | | | |
| 305 | **Direction:** Incoming **From** +13046732477 Clay* | 7/9/2020 10:37:09 AM (UTC-4) | 00:00:00 | Missed | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |



| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---|---|---|---|---|---|---|---|---|
| 306 | | | | | | | | | |
| 307 | | | | | | | | | |
| 308 | | | | | | | | | |
| 309 | | | | | | | | | |
| 310 | | | | | | | | | |
| 311 | | | | | | | | | |
| 312 | **Direction:** Outgoing **To** +13046732477 Clay* | 6/25/2020 7:56:45 AM (UTC-4) | 00:01:10 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 313 | **Direction:** Incoming **From** +13046732477 Clay* | 6/25/2020 7:52:07 AM (UTC-4) | 00:04:18 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime <br> **Source Extraction:** Legacy | |
| 314 | **Direction:** Incoming **From** +13046732477 Clay* | 6/25/2020 7:31:02 AM (UTC-4) | 00:00:00 | Missed | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime <br> **Source Extraction:** Legacy | |
| 315 | | | | | | | | | |
| 316 | | | | | | | | | |
| 317 | | | | | | | | | |
| 318 | **Direction:** Incoming **From** +13046732477 Clay* | 5/26/2020 1:21:37 PM (UTC-4) | 00:03:40 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime <br> **Source Extraction:** Legacy | |
| 319 | **Direction:** Incoming **From** +13046732477 Clay* | 5/23/2020 10:54:07 PM (UTC-4) | 00:04:04 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime <br> **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 320 | **Direction:** Incoming **From** +13046732477 Clay* | 5/23/2020 10:02:12 PM (UTC-4) | 00:35:00 | Answered | us | **Network Name:** Unknown network (United States)* | | **Source:** FaceTime _____ **Source Extraction:** Legacy | |
| 321 | **Direction:** Incoming **From** +13046732477 Clay* | 5/20/2020 2:31:20 PM (UTC-4) | 00:06:08 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime _____ **Source Extraction:** Legacy | |
| 322 | | | | | | | | | |
| 323 | **Direction:** Incoming **From** +13046732477 Clay* | 5/19/2020 3:16:20 PM (UTC-4) | 00:19:40 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime _____ **Source Extraction:** Legacy | |
| 324 | **Direction:** Incoming **From** +13046732477 Clay* | 5/19/2020 1:12:03 PM (UTC-4) | 00:17:40 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime _____ **Source Extraction:** Legacy | |
| 325 | **Direction:** Incoming **From** +13046732477 Clay* | 5/19/2020 1:11:50 PM (UTC-4) | 00:00:13 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime _____ **Source Extraction:** Legacy | |
| 326 | **Direction:** Outgoing **To** 5403359000 C▓▓▓ | 5/17/2020 8:05:42 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | | **Source:** FaceTime _____ **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 334 | **Direction:** Incoming **From** +13046732477 Clay* | 5/6/2020 11:43:02 AM (UTC-4) | 00:00:00 | Rejected | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime ——— **Source Extraction:** Legacy | |
| 335 | | | | | | | | | |
| 336 | **Direction:** Outgoing **To** +13046732477 Clay* | 5/5/2020 10:54:42 AM (UTC-4) | 00:08:10 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime ——— **Source Extraction:** Legacy | |
| 337 | **Direction:** Incoming **From** +13046732477 Clay* | 5/5/2020 10:53:49 AM (UTC-4) | 00:00:39 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime ——— **Source Extraction:** Legacy | |
| 338 | **Direction:** Outgoing **To** +13046732477 Clay* | 5/4/2020 1:57:41 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime ——— **Source Extraction:** Legacy | |
| 339 | **Direction:** Outgoing **To** +13046732477 Clay* | 5/4/2020 1:23:17 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime ——— **Source Extraction:** Legacy | |
| 340 | **Direction:** Incoming **From** +13046732477 Clay* | 5/4/2020 12:16:59 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime ——— **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 341 | **Direction:** Incoming **From** +13046732477 Clay* | 5/4/2020 10:26:36 AM (UTC-4) | 00:24:51 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | Source: FaceTime ———— **Source Extraction:** Legacy | |
| 342 | **Direction:** Incoming **From** +13046732477 Clay* | 5/4/2020 9:53:28 AM (UTC-4) | 00:21:50 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | Source: FaceTime ———— **Source Extraction:** Legacy | |
| 343 | **Direction:** Incoming **From** +13046732477 Clay* | 5/4/2020 8:05:20 AM (UTC-4) | 00:53:57 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | Source: FaceTime ———— **Source Extraction:** Legacy | |
| 344 | **Direction:** Incoming **From** +13046732477 Clay* | 5/4/2020 7:38:15 AM (UTC-4) | 00:07:02 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | Source: FaceTime ———— **Source Extraction:** Legacy | |
| 345 | **Direction:** Outgoing **To** +13046732477 Clay* | 5/3/2020 2:22:41 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | | Source: FaceTime ———— **Source Extraction:** Legacy | |
| 346 | **Direction:** Incoming **From** +13046732477 Clay* | 5/2/2020 9:52:18 PM (UTC-4) | 00:04:55 | Answered | us | **Network Name:** Unknown network (United States)* | | Source: FaceTime ———— **Source Extraction:** Legacy | |
| 347 | **Direction:** Incoming **From** +13046732477 Clay* | 5/2/2020 9:47:55 PM (UTC-4) | 00:03:57 | Answered | us | **Network Name:** Unknown network (United States)* | | Source: FaceTime ———— **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 348 | **Direction:** Outgoing **To** +13046732477 Clay* | 5/1/2020 1:43:41 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 349 | **Direction:** Outgoing **To** +13046732477 Clay* | 5/1/2020 1:32:36 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 350 | **Direction:** Outgoing **To** +13046732477 Clay* | 4/30/2020 10:37:27 AM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 351 | **Direction:** Outgoing **To** +13046732477 Clay* | 4/29/2020 10:55:03 AM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 352 | **Direction:** Outgoing **To** +13046732477 Clay* | 4/29/2020 9:57:34 AM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 353 | **Direction:** Incoming **From** +13046732477 Clay* | 4/29/2020 9:13:26 AM (UTC-4) | 00:41:17 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 354 | **Direction:** Incoming **From** +13046732477 Clay* | 4/29/2020 7:08:48 AM (UTC-4) | 00:00:00 | Missed | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |

Extraction Report

Page 52 of 53

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 355 | **Direction:** Outgoing **To** +13046732477 Clay* | 4/28/2020 12:19:47 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 356 | **Direction:** Outgoing **To** +13046732477 Clay* | 4/28/2020 12:08:17 PM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 357 | **Direction:** Incoming **From** +13046732477 Clay* | 4/28/2020 11:52:27 AM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 358 | **Direction:** Outgoing **To** +13046732477 Clay* | 4/28/2020 11:28:19 AM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 359 | **Direction:** Incoming **From** +13046732477 Clay* | 4/28/2020 11:02:40 AM (UTC-4) | 00:25:06 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 360 | **Direction:** Outgoing **To** +13046732477 Clay* | 4/28/2020 9:08:54 AM (UTC-4) | 00:07:26 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |
| 361 | **Direction:** Incoming **From** +13046732477 Clay* | 4/28/2020 9:08:39 AM (UTC-4) | 00:00:00 | Not answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime **Source Extraction:** Legacy | |

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|------------|-------------|---------|
| 362 | **Direction:** Incoming **From** +13046732477 Clay* | 4/28/2020 8:02:49 AM (UTC-4) | 00:46:03 | Answered | us | **Network Name:** Unknown network (United States)* | Yes | **Source:** FaceTime _____ **Source Extraction:** Legacy | |