# INDIVIDUAL INCOME TAX DECLARATION FOR ELECTRONIC FILING

**WV-8453**
Rev. 09/2020

| Period beginning (MM/DD/YYYY) | Period ending (MM/DD/YYYY) |
|---|---|
| 01/01/2020 | 12/31/2020 |

| Your first name and middle Initial | Last Name | Your Social Security Number |
|---|---|---|
| CHARLES E | LEGG | ###-##-7093 |

| If a joint return, spouse's first name and middle initial | Last name, if different | Spouse's Social Security Number |
|---|---|---|
| KRISTEN N | NAYLOR | ###-##-4517 |

| Home Address (number and street) | Daytime telephone number |
|---|---|
| 98 JACKSON STREET | (###) ###-#### |

City, town or post office, state and ZIP code: GAULEY BRIDGE WV 25085

## Part I — Tax Return Information (whole dollars only)

| | |
|---|---:|
| 1. Federal Adjusted Gross Income | 46,544 |
| 2. West Virginia Income Tax | 1,509 |
| 3. Balance Due | |
| 4. Refund | 296 |

## Part II — Direct Deposit or Electronic Funds Withdrawal

5. Routing transit number (RTN): [redacted]   The first two numbers of the RTN must be 01 through 12 or 21 through 32
6. Depositor account number (DAN): [redacted]
7. [ ] Electronic Funds Withdrawal (Checking only; No Partial Payments)
8. Type of account: [X] Checking  [ ] Savings (Direct Deposit Only)

## Part III — Declaration of Taxpayer

I consent that my refund be directly deposited or my payment due be withdrawn by electronic debit as designated in Part II. I further authorize the State of West Virginia to initiate debit entries and to initiate, if necessary, credit entries as adjustments for any entries in error into my Checking or Savings account as indicated above in Part II and the Financial Institution indicated above in Part II, to credit the same any amount(s) owed to me by the State of West Virginia. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund or authorize the electronic debit.

Under penalties of perjury, I declare that I have compared the information contained on my return with the information I have provided to my Electronic Return Originator and that the amount described in Part I above agree with the amounts shown on the corresponding lines of my West Virginia income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent that my return, including this declaration and accompanying schedules and statements, be sent to the West Virginia State Tax Department, upon request by the Department. If I have filed a joint federal and state return, I understand that, if there is an error on either return, my state return will be rejected. If the processing of my return or refund is delayed, I authorize the State Tax Department to disclose to my ERO and/or the transmitter the reason(s) for the delay, or when the refund was sent.

**Please Sign Here**

| Your signature | Date | Spouse's signature | Date |
|---|---|---|---|
| [signed] | 02-04-21 | [signed] Kristie Naylor | 02-04-21 |

## Part IV — Declaration & Signature of Electronic Return Originator (ERO) & Paid Preparer

I declare that I have reviewed the above taxpayer's return and that entries on Form WV-8453 are complete and correct to the best of my knowledge. (ERO's who are collectors are not responsible for reviewing the taxpayer's return; however, they must ensure that Form WV-8453 accurately reflects the data on the return.) I have obtained the taxpayer's signature on Form WV-8453 before submitting this return to the State Tax Department, have provided the taxpayer a copy of all forms and information to be filed with the West Virginia State Tax Department, and have followed all other requirements described in the West Virginia Handbook for Electronic Filers of Individual Income Tax Returns. If I am also the Paid Preparer, under penalty of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief they are true, correct, and complete. Declaration of preparer is based on all information of which preparer has any knowledge.

| ERO's Signature | Date | Check if: | Your PTIN/SSN |
|---|---|---|---|
| BARBARA GRAY | 2/4/2021 | [X] Paid Preparer [ ] Self-Employed | [redacted] |

| Firm Name (or yours, if self-employed) and address | Phone # | EI No. |
|---|---|---|
| H AND R BLOCK, ## MICHIGAN AVE, SMITHERS, WV 25186 | [redacted] | [redacted] |

ERO's are instructed to retain the WV-8453 and all supporting documents for not less than three (3) years.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer is based on all information of which preparer has any knowledge.

**Paid Preparer's Use Only**

| Preparer's Signature | Date | Check if: | Your PTIN/SSN |
|---|---|---|---|
| BARBARA GRAY | 2/4/2021 | [ ] Self-Employed | |

| Firm Name (or yours, if self-employed) and address | Phone # | EI No. | Zip Code |
|---|---|---|---|

NOTE: Part IV of this form MUST be completed in full as required.
ERO's are required to file and hold this document and all attachments for three (3) years from date filed.

Form Software Copyright 1998 – 2021 HRB Tax Group, Inc.

2029   20  WV84531   BWF 1040

DEFENDANT'S EXHIBIT
USA vs Larry Clay
2:21-cr-00062-1
25B

Department of the Treasury
Internal Revenue Service

▶ Go to www.irs.gov/Form8879 for the latest information.

Submission Identification Number (SID) ▶

Taxpayer's name: CHARLES E LEGG
Social security number: ▓▓▓-▓▓-7093

Spouse's name: KRISTEN N NAYLOR
Spouse's social security number: ▓▓▓-▓▓-4517

## Part I — Tax Return Information — Tax Year Ending December 31, 2020 (Enter year you are authorizing.)

Enter whole dollars only on lines 1 through 5.

Note: Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| # | Description | Amount |
|---|---|---|
| 1 | Adjusted gross income | |
| 2 | Total tax | 46,544 |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 | |
| 4 | Amount you want refunded to you | 4,511 |
| 5 | Amount you owe | 7,732 |

## Part II — Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

Taxpayer's PIN: check one box only

[X] I authorize H AND R BLOCK to enter or generate my PIN [▓▓▓▓▓] as my signature on the income tax return (original or amended) I am now authorizing.
ERO firm name — Enter five digits, but don't enter all zeros

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ [signature]   Date ▶ 2/4/2021

Spouse's PIN: check one box only

[X] I authorize H AND R BLOCK to enter or generate my PIN [▓▓▓▓▓] as my signature on the income tax return (original or amended) I am now authorizing.
ERO firm name — Enter five digits, but don't enter all zeros

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ [signature]   Date ▶ 2/4/2021

Practitioner PIN Method Returns Only — continue below

## Part III — Certification and Authentication — Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN. [▓▓▓▓▓▓▓▓▓▓▓]
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Pub. 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶ BARBARA GRAY   Date ▶ 2/4/2021

ERO Must Retain This Form — See Instructions
Don't Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see your tax return instructions.

FDA 20_8879I — BWF 1040   Form Software Copyright 1998 - 2021 HRB Tax Group, Inc.   Form **8879** (Rev. 08-2020)
20_8879CC

CHARLES E LEGG AND KRISTEN N NAYLOR

Keep for Your Records

| | Current 2020 | Adjustments 2021 | Estimated 2021 |
|---|---|---|---|
| **TAX COMPUTATION (BEFORE CREDITS):** | | | |
| Taxable income | | | |
| Tax | 21,744 | -300 | 21,444 |
| Schedule 2 – Taxes | 2,212 | -36 | 2,176 |
| Alternative minimum tax | | | |
| Excess advance premium tax credit repayment | | | |
| Tax rate | 12% | | 12% |
| **CREDITS:** | | | |
| Child and other dependents tax credit | 2,212 | | 2,212 |
| Schedule 3 – Nonrefundable Credits | | | |
| Foreign tax credit | | | |
| Child care credit | | | |
| Education credit | | | |
| Retirement savings contribution credit | | | |
| Other credits | | | |
| Total credits | | | |
| **OTHER TAXES:** | 2,212 | | 2,212 |
| Schedule 2 – Other Taxes | | | |
| Self-employment tax | | | |
| Additional tax on IRAs | | | |
| Health Care (Individual Responsibility) (repealed after 2018) | | | |
| Other taxes | | | Not Applicable |
| Total other taxes | | | |
| **PAYMENTS:** | | | |
| Federal income tax withheld | 4,511 | | 4,511 |
| Earned income credit | 1,433 | | 1,433 |
| Additional child tax credit | 1,788 | | 1,788 |
| Schedule 3 – Refundable Credits and Payments | | | |
| Estimated payments | | | |
| American opportunity credit | | | |
| ACA premium tax credit | | | |
| Other payments | | | |
| Total payments | 7,732 | | 7,732 |
| **AMOUNT DUE / REFUND:** | | | |
| Amount overpaid | 7,732 | | 7,732 |
| Overpayment applied to next year | | | |
| Refund | 7,732 | | 7,732 |
| Amount due | | | |

Note: These amounts and calculations are for estimating purposes only and should not be assumed to be your final refund or liability for 2020 taxes. State implications have not been considered in these calculations. Be sure to schedule a tax appointment to have your 2020 tax return prepared using the actual 2020 tax forms issued by the Internal Revenue Service and your actual 2020 source documents.

**ADDITIONAL DISCLOSURES:**

# SUBJECT TO AN ADJUSTED WITHHOLDING ENTRY, THE 2020 WITHHOLDING IS BEING USED TO CALCULATE THE 2021 ESTIMATED TAX REFUND OR BALANCE DUE. BEGINNING IN JANUARY 2021 THE IRS HAS CHANGED THE WAY W4 SHOULD BE PREPARED REPORTING EXTRA INCOME, DEDUCTIONS AND CREDITS RATHER THAN EXEMPTION COUNTS. THESE CHANGES MIGHT CAUSE SOME CHANGE IN WITHHOLDING. ADVISE CLIENT THAT EMPLOYERS MAY REQUIRE A NEW W4 BE FILED UNDER THE NEW FORMAT.

Form Software Copyright 1996 - 2021 HRB Tax Group, Inc.   V0502D

20 REFORMANALYSIS2

CHARLES E LEGG AND KRISTEN N NAYLOR

Keep for Your Records

| Filing status | Current 2020 | Adjustments 2021 | Estimated 2021 |
|---|---|---|---|
| | MFJ | | MFJ |
| **INCOME:** | | | |
| Wages, salaries, tips, etc. | | | |
| Interest income | 46,544 | | 46,544 |
| Ordinary dividend income (excluding Qualified Dividends) | | | |
| IRA distributions and pension income | | | |
| Taxable social security income | | | |
| Capital gain or (loss) (Schedule D) (including Qual Dividends) | | | |
| Schedule 1 Income | | | |
| Refunds of state and local taxes | | | |
| Alimony received from divorces finalized before 1/1/2020 | | | |
| Business income or (loss) (Schedule C) | | | |
| Other gains or (losses) (Form 4797) | | | |
| Rental real estate, partnerships, estates, etc. (Schedule E) | | | |
| Farm income or (loss) (Schedule F) | | | |
| Unemployment compensation | | | |
| Other income | | | |
| Total income | 46,544 | | 46,544 |
| **ADJUSTMENTS:** | | | |
| Schedule 1 Adjustments | | | |
| Educator expenses | | | |
| Certain business expenses of reservists, performing artist, and fee-basis government officials | | | |
| Health savings account deduction (Form 8889) | | | |
| Qualified moving expenses | | | |
| Deductible part of self-employment tax (Schedule SE) | | | |
| Self-employed SEP, SIMPLE and qualified plans deduction | | | |
| Self-employed health insurance | | | |
| Penalty on early withdrawal of savings | | | |
| Alimony paid on divorces finalized before 1/1/2020 | | | |
| IRA deduction | | | |
| Student loan interest deduction | | | |
| Other adjustments | | | |
| Total adjustments | | | |
| **ADJUSTED GROSS INCOME:** | 46,544 | | 46,544 |
| **DEDUCTIONS:** | | | |
| Standard deduction | 24800 | 300 | 25,100 |
| Itemized deductions: | | | |
| Medical and dental expenses | | | |
| Sales, income, and other taxes paid | 1,805 | | 1,805 |
| Interest paid | | | |
| Gifts to charity | | | |
| Casualty and theft losses | | | |
| Other miscellaneous deductions | | | |
| Total itemized deductions | 1,805 | | 1,805 |
| Deduction actually claimed | 24,800 | 300 | 25,100 |
| Qualified business income deduction | | | |

CLIENT COPY

FDA  Form Software Copyright 1996 - 2021 HRB Tax Group, Inc.  V0502D

20_REFORMANALYSIS1

| Form **W-2** Wage and Tax Statement | **2020** |
|---|---|
| Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return. | |
| OMB No. 1545-0008  Department of the Treasury—Internal Revenue Service | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 2862.81 | 58.18 |
| 3 Social security wages | 4 Social security tax withheld |
| 2862.81 | 177.47 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 2862.81 | 41.52 |

**b Employer identification number**
55-0548701

**c Employer's name, address, and ZIP code**
LITTLE GENERAL STORE INC.
P. O. BOX 968
BECKLEY WV 25802-0968

**a Employee's social security number**
███-██-4517

**d Control number**

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
|  | 12c |
|  | 12d |

13 Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐

**e Employee's name, address, and ZIP code**   Suff.
KRISTEN NAYLOR
PO BOX 725
GAULEY BRIDGE, WV 25085

| 15 State | Employer's state ID number | 16 State wages, tips, etc. |
|---|---|---|
| WV | ███████ | 2862.81 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 103.00 | | |
| 19 Local income tax | | 20 Locality name |

## W-2 Wage and Tax Statement 2020 — Charles E Legg

Four copies of the same W-2 appear on the page (Copy C for Employee's Records; Copy B to be filed with Employee's Federal Tax Return; Copy 2 to be filed with Employee's State, City, or Local Income Tax Return; and a second Copy 2).

| Box | Description | Amount |
|---|---|---|
| d | Control number | 21011 |
| | OMB No. | 1545-0008 |
| 1 | Wages, tips, other compensation | 41573.39 |
| 2 | Federal income tax withheld | 4453.23 |
| 3 | Social security wages | 43707.47 |
| 4 | Social security tax withheld | 2709.86 |
| 5 | Medicare wages and tips | 43707.47 |
| 6 | Medicare tax withheld | 633.76 |
| 7 | Social security tips | 0.00 |
| 8 | Allocated tips | 0.00 |
| 10 | Dependent care benefits | 0.00 |
| 11 | Nonqualified plans | 0.00 |
| 12a | DD | 12180.00 |
| 13 | Retirement plan | X |
| 14 | Other — RETIREMENT | 2134.08 |
| 15 | State | WV |
| 16 | State wages, tips, etc. | 41573.39 |
| 17 | State income tax | 1649.89 |
| 18 | Local wages, tips, etc. | 0.00 |
| 19 | Local income tax | 0.00 |
| 20 | Locality name | 0.00 |

c Employer's name, address, and ZIP code:
STATE OF WEST VIRGINIA
1900 KANAWHA BLVD EAST
CHARLESTON WV 25305

e Employee's name, address and ZIP code:
CHARLES E LEGG
PO BOX 725
GAULEY BRIDGE WV 25085

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

*(Page contains two W-2 Wage and Tax Statement forms for tax year 2020, rotated 90°.)*

**Form W-2 Wage and Tax Statement 2020 — Copy 2 (To Be Filed With Employee's State, City, or Local Income Tax Return)**

- b Employer identification number (EIN): 56-0748358
- c Employer's name, address, and ZIP code:
  LOWE'S HOME CENTERS, LLC
  1-844-475-6937
  1000 LOWE'S BLVD
  MOORESVILLE, NC 28117
- e/f Employee's name, address, and ZIP code:
  KRISTEN NAYLOR
  PO BOX 725
  GAULEY BRIDGE, WV 25085-0725
- a Employee's social security number: ***-**-4517
- Import Code: 7RFJYYWU

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 1870.26 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 1870.26 |
| 4 | Social security tax withheld | 115.96 |
| 5 | Medicare wages and tips | 1870.26 |
| 6 | Medicare tax withheld | 27.12 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 13 | Statutory employee / Retirement plan / Third-party sick pay | |
| 14 | Other | |
| 15 | State / Employer's state ID number | WV |
| 16 | State wages, tips, etc. | 1870.26 |
| 17 | State income tax | 45.00 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

OMB # 1545-0008   Department of the Treasury-Internal Revenue Service

---

**Form W-2 Wage and Tax Statement 2020 — Copy C (For EMPLOYEE'S RECORDS) (see Notice to Employee on back)**

- b Employer identification number (EIN): 56-0748358
- c Employer's name, address, and ZIP code:
  LOWE'S HOME CENTERS, LLC
  1-844-475-6937
  1000 LOWE'S BLVD
  MOORESVILLE, NC 28117
- e/f Employee's name, address, and ZIP code:
  KRISTEN NAYLOR
  PO BOX 725
  GAULEY BRIDGE, WV 25085-0725
- a Employee's social security number: ***-**-4517
- Import Code: 7RFJYYWU

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 1870.26 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 1870.26 |
| 4 | Social security tax withheld | 115.96 |
| 5 | Medicare wages and tips | 1870.26 |
| 6 | Medicare tax withheld | 27.12 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 13 | Statutory employee / Retirement plan / Third-party sick pay | |
| 14 | Other | |
| 15 | State / Employer's state ID number | WV |
| 16 | State wages, tips, etc. | 1870.26 |
| 17 | State income tax | 45.00 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

OMB # 1545-0008   Department of the Treasury-Internal Revenue Service

| a Employee's social security number | | Copy 1—For State, City, or Local Tax Department OMB No. 1545-0008 | |
|---|---|---|---|
| 22222 | | | |
| b Employer identification number (EIN) 30-0707135 | | 1 Wages, tips, other compensation 238.48 | 2 Federal income tax withheld |
| c Employer's name, address, and ZIP code R LAND & MANAGEMENT LLC PO BOX 128 GLEN FERRIS   WV   25090 | | 3 Social security wages 238.48 | 4 Social security tax withheld 14.79 |
| | | 5 Medicare wages and tips 238.48 | 6 Medicare tax withheld 3.46 |
| | | 7 Social security tips | 8 Allocated tips |
| d Control number | | 9 | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code KRISTEN N NAYLOR PO BOX 725 GAULEY BRIDGE   WV   25085 | | 11 Nonqualified plans | 12a |
| | | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | | 14 Other | 12c |
| | | | 12d |
| 15 State WV | Employer's state ID number | 16 State wages, tips, etc. 238.48 | 17 State income tax 7.00 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement  2020

Department of the Treasury – Internal Revenue Service