IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00062-01

LARRY ALLEN CLAY, JR.

**ORDER**

Pending before the court is the motion for extension of time to file draft PSR [ECF No. 330]. For good cause shown, the motion for extension of time is **GRANTED**.

The court **ORDERS** that the Probation Office prepare and forward a draft presentence report to the United States and counsel for the defendant no later than **June 29, 2023**; that the United States Attorney and counsel for the defendant file objections to the draft presentence report no later than **July 13, 2023**; that the Probation Office submit a final presentence report to the court no later than **July 27, 2023**; and that the United States and counsel for the defendant file a sentencing memorandum no later than **August 3, 2023**. The court **SCHEDULES** final disposition of this matter for **August 10, 2023, at 10:00 a.m.**

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: June 6, 2023

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE