Dear Honorable Judge,

Thank you for reading this letter, I can only hope it will make a difference on how my brother is proceived.

He inspired me to be an aspiring care giver to our family, setting high expectations. My brother set an example by supporting the family by making sure their needs were met emotionally, physically and finacially. His mother and our sister have special needs and ensured they were met by maintaining thier home along with providing a means of transportation. Along with any medical assistance.

Our youngest brother needed a job and a home for his own family and Jr. provided. He gave him a place along with a job at his own Air Condition buisness. My own parents needed repairs in another state, he assisted any way possible. As busy as he was he made time even though he was raising his own family.

Brother was always there for us, helped us through personal we were going through. Best or worse my brother made a difference, made us smile, laugh, came through his good nature and humor, so charsmatic with people. If only my family and I could share memories of him because words don't do it justice. His impact was so unique.

I think he took notice and it inspired him to go into law enforcement that way he could apply it to the community. Through his actions he progressed to cheif.

Respectfully, on the premise that he wanted to enrich lives not hender the lives of others. My family and I believe he is innocent. He will forever be my role model and loved by our family.

Please take this letter into your consideration and more importantly that we all love him. Hope you can do what you can with in legal means.

Sincerely, Amber Clay

Amber can be reached thru Larry Clay Sr 1-828-234-9369