Dear Judge,

My name is Earl Walton, I am Physicaly disabled, I can't leave my home any longer. My mom is 82 years old and Larry is my best Friend in the world, he helped me when I had no body else in the world. He talked to me when most people don't, he made me laugh and smile. he gave me a christmas present. Larry fixed my wheelchair and my Hospital bed when it fell to the Floor. He was always ok with helping me, and I need his help now with my special equipment and with me when he can. Larry is my Friend and I miss him everyday because I don't see him anymore. Please Judge let him come home to help me when he can. Please Judge my mom misses him to and needs help. Please Judge I cry because he is not here. Please Judge we need Larry and we miss him. I trust Larry when I can't trust anybody else.

Larry's Friend
Earl Walton

Contact for Earl - 304-573-7880 is his sister Drema's phone number.