Reference letter from James Matheny, owner of James Matheny Ventures, General Contractor.

ADDRESS: 919 Maple Fork Rd, Mt Hope, WV 25880.

PHONE: 304 663 3717

    To whom it may concern:
This is to confirm commendable character of Larry Clay, having known him all his life.
    He was never a problem for his parents but rather most respectable to honor them greatly. Family was important, he was always available to answer my call if I needed assistance.
    I remember when he installed my mother's heating and cooling system, being his aunt. There was no profit for doing it, rather expense incurred of which he gladly accepted.
    To consider existence itself is to acknowledge God's love. God knew love was needed to be given and to be shared with others. God created a family in order to do so.
    A persons worth becomes assessed by the access of others who profit from consistent giving of such a person and family man as Larry Clay.
    The inability of his accepted liability has been result of failure and fault of actions incurred not to define his true character we vouch for.
    Being in construction all my life I have chosen it as our ministry to help others. I consider the chances I have been giving from my own guilt and shame that has worked not as unhonorable but commendable attributes to help prevent repeated occurrences.
    For the betterment of society, resolve, in this case to be considered as an asset, can be defined by leniency to allow lessons learned to become great stepping stones of success.
    Hardened criminals are defined by repetitious consistency and deserve justice from being removed from society.
    Personally, I have known my first cousin his entire life. Larry Clay, I consider, by no means, should be filed into the atrocity of such description.
    To beseech of thee to honorably consider such an injustice can be confirmed by defining true justice. This would be reformation we not only vouch for but have great assurance of being confident it has incurred in his life.
    As God inspires, humbly we acknowledge your honor with this said petition.

        Most sincerely,
  James Matheny, owner and president, James Matheny Ventures.