July 10, 23

Dear Sir

I am 82 years old. Larry is A truthful person. he could not have done these things. we believe in him on our Life. we believe in him, I've known him for many years and he has always Been truthful about anything and everything he has ever said a done and he is the Best person I have ever come across to know I write this in honesty and truth,

Shirley watton

Shirley's contact phone # 304-573-7880 it is her daughter Drema's #.