TO: HONORABLE JUDGE
Regarding L. CLAY JR.
SENTENCING

I AM JR. FATHER. AS FAMILY WE DO NOT BELIEVE HE IS GUILTY. We are A RELIGOUS FAMILY. WE LOVE HIM VERY MUCH. WE HAVE ALL BEEN PUNISHED BY HIS INCARCERATION. THE MEDIA HAD CONVICTED BEFORE HE EVER WENT TO TRIAL.

JR. LIFE HAS BEEN THAT OF HARDWORK, BUSINESS OWNER, LAW ENFORCEMENT OFFICER (SERVANT OF THE PEOPLE), FAMILY MAN AND CARETAKER OF FAMILY. WE ALL MISS HIM VERY MUCH.
HAVE MERCY IF POSSIBLE.
May God Bless you and yours.

HIS FAMILY NEEDS HIM. YOUR HONOR

Larry A. Clay

Larry Clay
3495 Robinette Rd.
Taylorsville, NC 28681

Larry Clay Sr. contact is
1-828-234-9369