Prayer
IN GOD WE ALL TRUST
Lord God,

He needs your help
and mercy.
In Jesus's NAME
WE PRAY.  AMEN

Forever yours
Child of Crist

Forever remembering THE
LORDS PRAYER OUR FATHER
WHICH ART IN HEAVEN ---

