IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

**V.**                                                                          **CRIMINAL ACTION NO. 2:21-cr-00062-1**

**LARRY ALLEN CLAY, JR.,**

     **DEFENDANT.**

## MOTION TO CONTINUE SENTENCING HEARING AND
## DEADLINE TO SUBMIT SUPPLEMENTAL SENTENCING MEMORANDUM

Now comes Defendant, Larry Allen Clay, Jr., by his undersigned counsel, Timothy J. Lafon, and moves this Court for an Order continuing the Sentencing Hearing set for January 31, 2023 at 10:00 a.m. and the deadline to submit Supplemental Sentencing Memorandum. In support of this motion, Defendant states as follows:

1. Defense counsel has been unable to meet with Defendant to prepare for this hearing due to an outbreak of a virus at the Carter County Correction Center, the facility he is being held and due to Defendant's illness.

2. There are voluminous documents to review and a trial transcript that is lengthy.

3. Additional time is necessary to properly represent the Defendant and be properly prepared and effective at the sentencing.

Wherefore, the Defendant moves this Honorable Court to continue this matter for approximately sixty (60) days along with all attendant deadlines and for such other relief as the Court deems appropriate.

**LARRY ALLEN CLAY, JR.**

**By Counsel,**

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/ Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304) 343-4440
    Counsel for Defendant

## IN THE UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

**V.**                                              **CRIMINAL ACTION NO. 2:21-cr-00062-1**

**LARRY ALLEN CLAY, JR.,**

    **DEFENDANT.**

### CERTIFICATE OF SERVICE

I, Timothy J. LaFon, do hereby certify that the foregoing **"MOTION TO CONTINUE SENTENCING HEARING AND DEADLINE TO SUBMIT SUPPLEMENTAL SENTENCING MEMORANDUM"** has been served upon all parties via the Court's electronic filing system on the 17th day of January, 2024

        Jennifer Rada Herrald, Assistant U.S. Attorney
        U.S. Attorney's Office
        300 Virginia Street, East, Room 400
        Charleston, West Virginia  25301

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/ Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    Counsel for Defendant