IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

**V.**                                            **CRIMINAL ACTION NO. 2:21-cr-00062-1**

**LARRY ALLEN CLAY, JR.,**

    **DEFENDANT.**

## MOTION TO CONTINUE SENTENCING HEARING AND
## DEADLINE TO SUBMIT SUPPLEMENTAL SENTENCING MEMORANDUM

Now comes Defendant, Larry Allen Clay, Jr., by his undersigned counsel, Timothy J. Lafon, and moves this Court for an Order continuing the Sentencing Hearing set for June 27, 2024 at 10:00 a.m. and the June 20, 2024 deadline to submit Supplemental Sentencing Memorandum. In support of this motion, Defendant states as follows:

1. Defendant's counsel is still recuperating from a kidney transplant surgery and is just getting back into the office on a part-time basis.

2. Additional time is necessary to properly represent the Defendant and be properly prepared and effective at the sentencing hearing.

3. No prejudice will occur to any party if a continuance is granted

Wherefore, the Defendant moves this Honorable Court to continue this matter for approximately forty-five (45) days, along with all attendant deadlines and for such other relief as the Court deems appropriate.

**LARRY ALLEN CLAY, JR.**

**By Counsel,**

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/ Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304) 343-4440
    Counsel for Defendant

**IN THE UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA,**

**V.**                                             **CRIMINAL ACTION NO. 2:21-cr-00062-1**

**LARRY ALLEN CLAY, JR.,**

     **DEFENDANT.**

**CERTIFICATE OF SERVICE**

I, Timothy J. LaFon, do hereby certify that the foregoing **"MOTION TO CONTINUE SENTENCING HEARING AND DEADLINE TO SUBMIT SUPPLEMENTAL SENTENCING MEMORANDUM"** has been served upon all parties via the Court's electronic filing system on the 14th day of June, 2024

> Jennifer Rada Herrald, Assistant U.S. Attorney
> U.S. Attorney's Office
> 300 Virginia Street, East, Room 400
> Charleston, West Virginia  25301

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/ Timothy J. LaFon
   Timothy J. LaFon (WV #2123)
   Counsel for Defendant