IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

**V.**     **CRIMINAL ACTION NO. 2:21-cr-00062-1**

**LARRY ALLEN CLAY, JR.,**

     **DEFENDANT.**

### MOTION TO CONTINUE SENTENCING HEARING AND DEADLINE TO SUBMIT SUPPLEMENTAL SENTENCING MEMORANDUM

Now comes Defendant, Larry Allen Clay, Jr., by his undersigned counsel, Timothy J. Lafon, and moves this Court for an Order continuing the Sentencing Hearing set for September 12, 2024 at 1:30 p.m. and the deadline of September 5, 2024 to submit Supplemental Sentencing Memorandum. In support of this motion, Defendant states as follows:

1. Defense counsel was appointed to this case after the trial concluded and after post-trial motions were filed and ruled upon.

2. Defendant discharged his counsel after said time and the undersigned counsel was appointed by the Court pursuant to the CJA Panel.

3. Defense counsel has had some substantial health issues and follow up from the same continues to this day and will interfere with preparing for the present Sentencing hearing.

4. Defense counsel believes that the post-trial motions were deficient as a result of a conflict of interest between the Defendant and his prior counsel.

5. Transcripts from the previous proceedings of this matter covered four (4) days of trial and years of motions and other hearings.

6. It has taken considerable time to go through these items.

The Defendant moves this Honorable Court for an extension of approximately thirty (30) to forty-five (45) days due to the Defense counsel's health situation and in order to insure that Defense counsel is properly prepared to be effective at the Sentencing hearing and any other motions that are necessary and for such other relief as the Court deems appropriate.

**LARRY ALLEN CLAY, JR.**

**By Counsel,**

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/ Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304) 343-4440
    Counsel for Defendant

## IN THE UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

**V.**  **CRIMINAL ACTION NO. 2:21-cr-00062-1**

**LARRY ALLEN CLAY, JR.,**

    **DEFENDANT.**

## CERTIFICATE OF SERVICE

I, Timothy J. LaFon, do hereby certify that the foregoing **"MOTION TO CONTINUE SENTENCING HEARING AND DEADLINE TO SUBMIT SUPPLEMENTAL SENTENCING MEMORANDUM"** has been served upon all parties via the Court's electronic filing system on the 29th day of August, 2024

> Jennifer Rada Herrald, Assistant U.S. Attorney
> U.S. Attorney's Office
> 300 Virginia Street, East, Room 400
> Charleston, West Virginia  25301

**CICCARELLO, DEL GIUDICE & LAFON**

By: /s/ Timothy J. LaFon
    Timothy J. LaFon (WV #2123)
    Counsel for Defendant